# Ex. A

Case 2:22-cv-00541-RSM Document 1-1 Filed 04/22/22 Page 2 of 32

US010087647B2

(12) **United States Patent** (10) Patent No.: **US 10,087,647 B2**

North et al. (45) Date of Patent: *Oct. 2, 2018

(54) **WEIGHT SYSTEMS AND METHODS STABILIZING OBJECTS**

(71) Applicant: **Premier Tents, Inc.**, Bellingham, WA (US)

(72) Inventors: **Robert Wallace North**, Bellingham, WA (US); **Paula Kay North**, Bellingham, WA (US)

(73) Assignee: **Premier Tents, Inc.**, Bellingham, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 49 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/273,494**

(22) Filed: **Sep. 22, 2016**

(65) **Prior Publication Data**

US 2017/0101800 A1 Apr. 13, 2017

**Related U.S. Application Data**

(60) Provisional application No. 62/390,096, filed on Mar. 21, 2016.

(51) **Int. Cl.**
*E04H 12/22* (2006.01)
*A45B 23/00* (2006.01)

(52) **U.S. Cl.**
CPC ......... *E04H 12/2246* (2013.01); *A45B 23/00* (2013.01); *A45B 2023/0012* (2013.01); *A45B 2023/0031* (2013.01)

(58) **Field of Classification Search**
CPC ............... Y10S 248/91; E04H 12/2246; A45B 2023/0012; A45B 25/22
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,216,681 | A | * 11/1965 | Tagliavia | E04H 12/2246 108/50.12 |
| 4,296,693 | A | * 10/1981 | Archer | E04H 12/2246 108/28 |
| 4,486,016 | A | * 12/1984 | Rubin | A63B 69/24 482/90 |
| 4,832,163 | A | * 5/1989 | Levesque | A45B 3/00 108/14 |
| 5,169,111 | A | * 12/1992 | Dunaj | A45B 25/24 248/523 |
| 5,452,877 | A | * 9/1995 | Riffle | E04H 12/2246 135/16 |
| 6,554,012 | B2 | * 4/2003 | Patarra | A45B 3/00 135/16 |

(Continued)

*Primary Examiner* — Bradley Duckworth

(74) *Attorney, Agent, or Firm* — Michael R. Schacht; Schacht Law Office, Inc.

(57) **ABSTRACT**

A weight system for supporting a free-standing object comprising first and second upper panels, a least one side panel, a lower panel, and a closure system. The panels are joined to define an upper wall and at least side wall, with the first and second upper panels defining a fill opening in the upper wall and a container defining an interior chamber. The closure system is arranged to allow the container to be configured in a closed configuration in which access to the interior chamber through the fill opening is substantially prevented and an open configuration in which access to the interior chamber through the fill opening is allowed.

**30 Claims, 11 Drawing Sheets**



**US 10,087,647 B2**

Page 2

---

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,889,953 | B2 * | 5/2005 | Harbaugh | E04H 12/2246 |
| | | | | 135/16 |
| 6,986,496 | B2 * | 1/2006 | Roberts | E04H 12/2246 |
| | | | | 248/519 |
| 8,047,217 | B1 * | 11/2011 | Schermerhorn, Jr. | ...................... |
| | | | | E04H 12/2246 |
| | | | | 135/118 |
| 8,556,141 | B1 * | 10/2013 | Ferraiolo | A45B 17/00 |
| | | | | 224/186 |
| 8,783,274 | B1 * | 7/2014 | Supino | A47G 25/12 |
| | | | | 135/118 |
| 8,789,549 | B1 * | 7/2014 | Barnes | E04H 15/62 |
| | | | | 135/114 |
| 8,931,749 | B2 * | 1/2015 | Vetesnik | E04H 12/2269 |
| | | | | 248/346.2 |
| 9,540,840 | B2 * | 1/2017 | Ma | F16M 13/00 |
| 2004/0069922 | A1 * | 4/2004 | Wu | E04H 12/2246 |
| | | | | 248/519 |
| 2012/0011773 | A1 * | 1/2012 | Cross | A01G 9/026 |
| | | | | 47/65.8 |
| 2013/0092283 | A1 * | 4/2013 | Votel | E04H 12/2246 |
| | | | | 141/10 |
| 2015/0090307 | A1 * | 4/2015 | Supino | A45B 3/00 |
| | | | | 135/15.1 |
| 2015/0159394 | A1 * | 6/2015 | Oliveira | E04H 12/22 |
| | | | | 135/15.1 |
| 2015/0320161 | A1 * | 11/2015 | Perry | A45B 25/00 |
| | | | | 248/533 |
| 2015/0330613 | A1 * | 11/2015 | Louden | B65D 25/00 |
| | | | | 362/410 |
| 2017/0101799 | A1 * | 4/2017 | Koerner | E04H 12/2246 |
| 2017/0130481 | A1 * | 5/2017 | Pozybill | E04H 12/2246 |

* cited by examiner

Case 2:22-cv-00541-RSM   Document 1-1   Filed 04/22/22   Page 4 of 32

FIG. 1



FIG. 2





FIG. 3

FIG. 4

FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 8A



FIG. 9A

FIG. 9B





FIG. 12



FIG. 13



FIG. 14



FIG. 15





FIG. 16

FIG. 17

FIG. 18

FIG. 19



## FIG. 20



## FIG. 21



US 10,087,647 B2

**1**

# WEIGHT SYSTEMS AND METHODS STABILIZING OBJECTS

## RELATED APPLICATIONS

This application, U.S. patent application Ser. No. 15/273,494 filed Sep. 22, 2016, claims priority of U.S. Provisional Application Ser. No. 62/390,096, filed on Mar. 21, 2016.

The contents of all applications listed above are incorporated herein by reference.

## TECHNICAL FIELD

The present invention relates to free-standing objects and, more specifically, to weight systems and methods for counteracting tipping forces on portable, free-standing objects.

## BACKGROUND

The present invention is of particular significance when applied to umbrella systems, and that application of the present invention will be described herein in detail. However, the principles of the present invention may be applied to other portable, free-standing objects such as patio heaters, patio lighting, traffic or construction cones, and the like. The scope of the present invention should thus be determined based on the claims appended hereto and not the following detailed descriptions of examples of the present invention as applied to free-standing umbrellas.

Umbrellas have long been used to provide protection from sun or rain. At its most basic, an umbrella typically comprises a pole, canopy rods supported by the pole, and a canopy supported by the canopy rods. The canopy rods are typically pivotably supported by the pole such that the umbrella may be reconfigured from a storage configuration in which the canopy rods are parallel to the pole and a use configuration in which the canopy rods radially extend from the pole. A form factor of the canopy in the storage configuration is much smaller than in the use configuration. Certain umbrellas further comprise a collapsible pole that allows an effective length of the umbrella to be altered between the storage configuration and the use configuration.

While many umbrellas are designed to be carried when in the use configuration, one class of umbrellas, referred to herein as free-standing umbrellas, is designed to be supported by the ground. Free-standing umbrellas are commonly used to provide protection from rain or sun on outdoor patios and seating areas for commercial bistros and the like.

The pole of a free-standing umbrella is designed to engage the ground directly or to be supported by a base that in turn engages the ground. In either scenario, the umbrella is supported by the ground rather than carried. The manner in which the pole and/or base engage the ground should also counteract tipping forces applied to the umbrella during normal use.

To support a free-standing umbrella in an upright position, the pole may be driven, augered, or otherwise inserted into the ground at a desired location. More commonly, however, a weighted base is provided that is supported on top of the ground. The umbrella pole is inserted into a base stem, and the weight of the base is intended to act on the pole through the stem to prevent tipping of the umbrella during normal use.

The base is often made out of a heavy material such as stone. To minimize shipping costs, the base may take the form of a hollow container that may be shipped empty and

**2**

filled with a material such as sand or water at the time of use. However, the weight of a conventional base is insufficient to prevent tipping of the umbrella in many situations, such as during heavy winds.

To supplement the weight of the base of a conventional free-standing umbrella, additional weighted material may be placed on top of the base. For example, flexible fabric containers that may be manufactured and shipped inexpensively may be filled with sand at the point of installation of the umbrella and placed on top of the umbrella base.

The need exists for improved fabric containers for providing supplemental weight to a conventional umbrella base.

## SUMMARY

The present invention may be embodied as a weight system for supporting a free-standing object comprising first and second upper panels, a least one side panel, a lower panel, and a closure system. At least one upper seam joins the first and second upper panels to the at least one side panel such that the first and second upper panels define an upper wall, the at least one side panel defines at least one side wall, and the first and second upper panels define a fill opening in the upper wall. At least one lower seam joins the lower panel to the at least one side panel to form a lower wall. The first and second upper panels, the at least one side panel, the lower panel, the at least one upper seam, and the at least one lower seam form a container defining an interior chamber. The closure system is arranged to allow the container to be configured in a closed configuration in which access to the interior chamber through the fill opening is substantially prevented and an open configuration in which access to the interior chamber through the fill opening is allowed.

The present invention may also be embodied as a weight system for supporting a free-standing object comprising a plurality of containers, where each container comprises first and second upper panels, a least one side panel, a lower panel, and a closure system. At least one upper seam joins the first and second upper panels to the at least one side panel such that the first and second upper panels define an upper wall, the at least one side panel defines at least one side wall, and the first and second upper panels define a fill opening in the upper wall. At least one lower seam joins the lower panel to the at least one side panel to form a lower wall. The first and second upper panels, the at least one side panel, the lower panel, the at least one upper seam, and the at least one lower seam form a container defining an interior chamber. The closure systems are arranged to allow the containers to be configured in a closed configuration in which access to the interior chambers through the fill openings is substantially prevented and an open configuration in which access to the interior chambers through the fill openings is allowed.

The present invention may also be embodied as a weight container assembly for supporting a free-standing object comprising first and second upper panels, outer and inner side panels, a lower panel, and a closure system. At least one upper seam joins the first and second upper panels to the outer and inner side panels such that the first and second upper panels define an upper wall and a fill opening in the upper wall, the outer side panel defines an outer side wall, and the inner side panel defines an inner side wall. The lower seam joins the lower panel to the outer and inner side panels to form a lower wall. The first and second upper panels, the outer and inner side panels, the lower panel, the at least one upper seam, and the at least one lower seam form a container defining an interior chamber. The upper wall, lower wall, and inner side wall are configured to define a through hole

3

of the container. The closure system is arranged to allow the container to be configured in a closed configuration in which access to the interior chamber through the fill opening is substantially prevented and an open configuration in which access to the interior chamber through the fill opening is allowed. The first and second upper panels are sized and dimensioned to define an overlap region in which the first and second upper panels overlap. The closure system secures the first and second upper panels together within the overlap region when the container is in the closed configuration.

The present invention may also be embodied as a weight container assembly for supporting a free-standing object comprising first and second upper panels, a side panel, a lower panel, and a closure system. At least one upper seam joins the first and second upper panels to the side panel such that the first and second upper panels define an upper wall and a fill opening in the upper wall and the side panel defines a side wall. A lower seam joins the lower panel to the side panel to form a lower wall. The first and second upper panels, the side panel, the lower panel, the at least one upper seam, and the at least one lower seam form a container defining an interior chamber. The side panel defines a side wall of the container. The upper wall, lower wall, and side wall are configured to define a notch of the container. The closure system is arranged to allow the container to be configured in a closed configuration in which access to the interior chamber through the fill opening is substantially prevented and an open configuration in which access to the interior chamber through the fill opening is allowed. The first and second upper panels are sized and dimensioned to define an overlap region in which the first and second upper panels overlap. The closure system secures the first and second upper panels together within the overlap region when the container is in the closed configuration.

The present invention may also be embodied as a method of supporting a free-standing object comprising the following steps. First and second upper panels, at least one side panel, and a lower panel are provided. A container defining an interior chamber is formed by forming at least one upper seam to join the first and second upper panels to the at least one side panel such that the first and second upper panels define an upper wall, the at least one side panel defines at least one side wall, and the first and second upper panels define a fill opening in the upper wall and forming at least one lower seam to join the lower panel to the at least one side panel to form a lower wall. A closure system is arranged to allow the container to be configured in a closed configuration in which access to the interior chamber through the fill opening is substantially prevented and in an open configuration in which access to the interior chamber through the fill opening is allowed.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a front elevation view of a first example weight system illustrated with a first example umbrella system;
FIG. 2 is a section view taken along lines 2-2 in FIG. 1;
FIG. 3 is a side elevation view of the first example weight system illustrated with a second example umbrella system;
FIG. 4 is a section view taken along lines 4-4 in FIG. 3;
FIG. 5 is a top plan view of the first example weight system;
FIG. 6 is a section view taken along lines 6-6 in FIG. 5;
FIG. 7 is a detail of a portion of FIG. 6;
FIG. 8 is a section view taken along lines 8-8 in FIG. 5;
FIG. 8A is a detail of a portion of FIG. 8;

4

FIG. 9A is a section view taken along lines 9A-9A in FIG. 5 illustrating the first example weight container of the first example weight system in a closed configuration;
FIG. 9B is a section view similar to FIG. 9A illustrating the first example weight container of the first example weight system in an open configuration;
FIG. 10 is a top plan view of a second example weight system;
FIG. 11 is a front elevation view of the second example weight system;
FIG. 12 is a section view taken along lines 12-12 in FIG. 10;
FIG. 13 is a detail of a portion of FIG. 12;
FIG. 14 is a section view taken along lines 14-14 in FIG. 10 illustrating a second example weight container of the second example weight system in a closed configuration;
FIG. 15 is a section view similar to FIG. 14 illustrating the second example weight container of the second example weight system an open configuration;
FIG. 16 is a top plan view of a third example weight system;
FIG. 17 is a front elevation view of the third example weight system;
FIG. 18 is a section view taken along lines 18-18 in FIG. 16;
FIG. 19 is a top plan view of a fourth example weight system;
FIG. 20 is a first side elevation view of a first example weight container of the fourth example weight system; and
FIG. 21 is a second side elevation view of the first example weight container the fourth example weight system.

DETAILED DESCRIPTION

The present invention may be embodied in several different forms, and several examples of different embodiments of the present invention will be separately described herein.

I. First Embodiment

Referring initially to FIGS. 1-4 of the drawing, depicted therein is a first example weight system 20 constructed in accordance with, and embodying, the principles of the present invention. In FIGS. 1 and 2, the first example weight system 20 is shown being used to stabilize a first example umbrella system 22. In FIGS. 3 and 4, the first example weight system 20 is shown being used to stabilize a second example umbrella system 24.

As shown 5-9, the details of the first example weight system 20 will be described in further detail. The first example weight system 20 comprises a weight container 30 defining an upper wall 32, a lower wall 34, an outer side wall 36, and an inner side wall 38. The example upper and lower walls 32 and 34 are flat and disc-shaped, while the outer and inner side walls 36 and 38 are cylindrical. The first example weight system 20 further defines a through hole 40 and an interior chamber 42. A fill opening 44 is formed in the upper wall 32 through which fill material 46 is placed into the interior chamber 42.

The first example weight system 20 comprises first and second upper panels 50a and 50b defining the upper wall 32, a lower panel 52 defining the lower wall 34, an outer side panel 54 defining the outer side wall 36, and an inner side panel 56 defining the inner side wall 38. The example panels 50a, 50b, 52, 54, and 56 are made of a flexible fabric capable of containing the fill material 46 and bearing the weight fill

US 10,087,647 B2

5

material 46 when the weight container 30 is filled with the fill material 46 as will be described in further detail herein. The example first and second upper panels 50a and 50b are joined to the outer side panel 54 by a first upper seam 60. The example first and second upper panels 50a and 50b are joined to the inner side panel 56 by a second upper seam 62. The example lower panel 52 is joined to the outer side panel 54 by a first lower seam 64. The example lower panel 52 is also joined to the inner side panel 56 by a second lower seam 66. A first vertical seam 68a joins ends of the outer panel 54 to form the outer side wall 36, and a second vertical seam 68b joins ends of the inner panel 56 to form the inner side wall 38.

The example first upper panel 50a defines an axial hole. A first outer edge of the example first upper panel 50a extends partly along a first circular path defining a first diameter. An inner edge of the example first upper panel 50a extends along a second circular path defining a second diameter. The length of the second diameter is approximately one tenth of the length of the first diameter. An overlap edge of the example first upper panel 50a intersects the first circular path at first and second intersection points. The example first upper panel 50a extends along approximately 245 degrees of the first circular path (e.g., between the first and second intersection points defined by the first overlap edge).

The example second upper panel 50b defines a second outer edge that also extends partly along the first circular path. A second overlap edge defined by the example second upper panel 50b intersects the first circular path at third and fourth intersection points. The example second upper panel 50b extends along approximately 140 degrees of the first circular path (e.g., between the third and fourth intersection points defined by the second overlap edge).

Given that the example first upper panel 50a extends along approximately 245 degrees of the first circular path and the example second upper panel 50b extends along approximately 140 degrees of the first circular path, the example first and second panels 50a and 50b overlap in an overlap region 70. The example overlap region intersects the first circular path at first and second intersection locations, with each intersecting location extending along approximately 12.5 degrees of the first circular path.

The example first and second upper panels 50a and 50b are sewn together by the first upper seam 60 within the intersecting locations. The example first and second upper panels 50a and 50b are further sewn at least partly together by first and second chord stitches 72a and 72b and first and second end stitches 74a and 74b. The example first chord stitch 72a extends along a line extending between the first and second intersection points, while the example second chord stitch 72b extends along a line extending between the second and third intersection points. The example first and second chord stitches 72a and 72b are parallel to each other. The end stitches 74a and 74b extend between the first and second chord stitches 72a and 72b at points that are approximately one fifth of the length of the chords defined by the first and second chord stitches 72a and 72b from the first and second intersection locations. The example end stitches 74a and 74b are parallel to each other.

The example chord stitches 72a and 72b and the example end stitches 74a and 74b divide the overlap region into a middle portion 76 and first and second end portions 78a and 78b. Outside of the middle portion 76, the chord stitches 72a and 72b join the first and second upper panels 50a and 50b together. Within the middle portion 76, the chord stitches 72a and 72b do not join the first and second upper panels 50a

6

and 50b together but simply form seams to finish the edges of the first and second upper panels 50a and 50b. In particular, the example first chord stitch 72a forms a seam edge of the example first upper panel 50a, while the example second chord stitch 72b forms a seam edge of the example second upper panel 50b.

Accordingly, the first and second upper panels 50a and 50b are effectively sealed together in the first and second end portions 78a and 78b, but the fill opening 44 is defined between the first and second upper panels 50a and 50b within the middle portion 76.

Referring now to FIGS. 8 and 8A, it can be seen that a closure system 80 is arranged to detachably attach the first and second upper panels 50a and 50b within the middle portion 76 to close the fill opening 44. The example closure system 80 is a hook and loop system, but other closure systems such as lacing, a zipper, or the like may be used in addition or instead. If the closure system used is not a hook and loop system (e.g., uses a zipper and/or laces), the first and second upper panels 50a and 50b need not overlap. Instead the fill opening 44 may be formed by may be joined at seams formed by edges of the respective panels 50a and 50b, with the zipper and/or laces joining the panels 50a and 50b together at the adjacent seams. However, the use of overlapping panels 50a and 50b creates a finished look that also allows the closure system (hook and loop, zipper, and/or laces) to be hidden from view during normal use of the example container 30 as part of the example weight system 20.

The example hook and loop system forming the closure system 80 comprises a loop panel 82 secured to the first upper panel 50a within the middle portion 76 and a hook panel 84 secured to the second upper panel 50b, also within the middle portion 76. The loop panel 82 overlaps the hook panel 84 to effectively seal the first and second upper panels 50a and 50b together. More specifically, when the loop panel 82 is attached to the hook panel 84 as shown in FIGS. 8 and 9A, the weight container 30 is in a closed configuration in which access to the interior chamber 42 through the fill opening 44 is prevented. When the loop panel 82 is detached from the hook panel 84 as shown in FIGS. 8A and 9B, the weight container 30 is in an open configuration in which access to the interior chamber 42 is allowed through the fill opening 44. The fill material 46 may be poured or otherwise passed through the fill opening 44 in the open configuration to allow the interior chamber 42 to be filled and/or emptied. A tab 86 may be secured to the first upper panel 50a to facilitate detachment of the hook panel 84 from the loop panel 82 and thus placement of the weight container 30 in the open configuration.

FIG. 7 illustrates a detail of the example first upper seam 60. The detail of FIG. 7 applies to all of the example second upper seam 62, first lower seam 64, and second lower seam 66, and only the example first upper seam 60 will be described herein in detail.

In particular, FIG. 7 illustrates that the example weight container 30 further comprises an edge panel 90. As shown in FIG. 7, the first upper panel 50a defines a first edge 92 and the outer side panel 54 defines a second edge 94. To form the example first upper seam 60, the first and second edges 92 and 94 are sewn together using a double stitch 96. After the double stitch 96 is formed, the edge panel 90 is folded over the first and second edges 92 and 94. The edge panel 90 is then sewn to the first and second edges 92 and 94 by a single stitch 98 that extends through one portion of the edge panel 90, the first edge 92, the second edge 94, and a second portion of the edge panel 90. The edge panel 90 is formed

US 10,087,647 B2

7

of thick strapping or other strong, flexible fabric material capable of reinforcing the first upper seam **60** and also of inhibiting the passage of the fill material **46** out of the interior chamber **42** through this seam **60**.

To fill the weight container **30**, the hook panel **84** is disengaged from the loop panel **82** to place the weight container **30** in its open configuration. In this open configuration, the fill material **46** is poured or otherwise passed through the fill opening **44** until a desired amount of fill material **46** is within the interior chamber **42**. During normal use of the first example weight system **20**, the hook panel **84** engages the loop panel **82** substantially to prevent the fill material **46** from being displaced out of the interior chamber **42** through the fill opening **44**. The weight container **30** may be arranged in a desired relationship to the item to be supported prior to introduction of the fill material **46** into the interior chamber **42** to minimize carrying of the fully loaded weight container **30**.

While a number of materials may be used to satisfy the functional requirements of the example weight container **30**, the following materials have been determined to provide a good balance of functionality and cost.

The material forming the example panels **50a**, **50b**, **52**, **54**, and **56** is a polyester fabric. The example polyester fabric used is a 600D×600D rip stop polyester, cross hatch ⅝" grid at 300 grams per square yard, with a PVC lining facing the interior chamber **42**. This panel material is waterproof, inhibits separation along all edges of the weight container **30**, and inhibits migration of the fill material **46** through the fabric forming the **50a**, **50b**, **52**, **54**, and **56**.

The example thread used to form the seams **60**, **62**, **64**, **66**, **68a**, and **68b**, stitches **72a**, **72b**, **74a**, **74b**, **96**, and **98**, and to secure the loop panel **82** and hook panel **84** to the panels **50a** and **50b** is polyester thread. The example polyester thread is #606 polyester heavy duty thread.

The example loop panel **82** and hook panel **84** are 2.0" polyester hook and loop material (e.g., VELCRO™) class level A.

The example tab **86** is formed of polyester webbing. The polyester webbing forming the example tab **86** is 1.5" polyester webbing.

The example edge panel **90** is formed by polyester bias tape. The example polyester bias tape forming the example edge panel **90** is ⅞" polyester bias tape with flat press finish at 6.5 grams per yard.

Referring now again to FIGS. **1** and **3**, the first and second example umbrella systems **22** and **24** will be described in further detail to illustrate several examples of use of the example weight systems described herein. The umbrella systems **22** and **24** are or may be conventional and are described herein only to that extent helpful to a complete understanding of the use of the present invention.

The first example umbrella system **22** comprises a base assembly **120**, a pole assembly **122**, and a canopy assembly **124**. The base assembly **120** comprises a base structure **130**, a base stem **132**, and a base lock **134**. The pole assembly **122** comprises a lower pole **140**, an upper pole **142**, a tilt assembly **144**, and a crank assembly **146**. The canopy assembly **124** comprises canopy rods **150** and a canopy **152** formed of flexible material.

The base structure **130** defines a lower surface that engages the ground and an upper surface. The base stem **132** extends upwards from the upper surface of the base structure **130**. The lower pole **140** is received by the base stem **132**. The tilt assembly **144** connects the upper pole **142** to lower pole **140** such that an angle of the upper pole **142** with respect to the lower pole **140** may be changed. The canopy

8

rods **150** are pivotably supported by the upper pole **142**, and operation of the crank assembly **146** moves the canopy rods **150** between retracted and extended positions.

To use the first example weight system **20** to support the first example umbrella system **22**, the base assembly **120** is arranged at a desired location. The weight container **30** is then arranged such that the base stem **132** of the base structure **130** extends through the through hole **40** in the weight container **30** and the lower wall **34** of the weight container **30** rests on the upper surface of base structure **130**. The weight container **30** is placed in its open configuration, and the desired amount of fill material **46** is arranged within the interior chamber **42** through the fill opening **44**. The weight container **30** is then placed in its closed configuration. At this point, the weight of the weight container **30** and the fill material **46** contained by the weight container **30** will apply a downward force on the base structure **130**.

The desired amount of fill material **46** will depend upon the nature of the fill material and the specifics of the first example umbrella system **22**. The fill material **46** may be placed into the interior chamber **42** before arranging the through hole **40** of the weight container **30** to receive the base stem **132**, but may require lifting and moving of the entire first example weight system **20**.

The second example umbrella system **24** comprises a base assembly **160**, a pole assembly **162**, and a canopy assembly **164**. The example base assembly **160** comprises a base structure **170** and a base stem **172**. The example base structure **170** comprises a forward leg **174**, a rear leg **176**, and first and second transverse legs **178a** and **178b**. The pole assembly **162** comprises a lower pole **180**, an upper pole **182**, a pivot support **184**, a tilt assembly **186**, and a crank assembly **188**. The canopy assembly **164** comprises canopy rods **190** and a canopy **192** formed of flexible material.

The legs **174**, **176**, **178a**, and **178b** define lower surfaces that engages the ground and upper surfaces. The base stem **172** extends upwards from the base structure **170** at the intersection of the legs **174**, **176**, **178a**, and **178b**. The lower pole **180** is received by the base stem **172**. The tilt assembly **186** connects the upper pole **182** to lower pole **180** such that an angle of the upper pole **182** with respect to the lower pole **180** may be changed and such that the upper pole **182** extends from the lower pole **180**. The canopy rods **190** are pivotably supported by the upper pole **182**, and operation of the crank assembly **188** moves the canopy rods **190** between retracted and extended positions.

To use the first example weight system **20** to support the second example umbrella system **24**, the base assembly **160** is arranged at a desired location. The weight container **30** is then arranged such that the base stem **172** of the base structure **170** extends through the through hole **40** in the weight container **30** and the lower wall **34** of the weight container **30** rests on the upper surfaces of at least some of the legs **174**, **176**, **178a**, and **178b**. The weight container **30** is placed in its open configuration, and the desired amount of fill material **46** is arranged within the interior chamber **42** through the fill opening **44**. The weight container **30** is then placed in its closed configuration. At this point, the weight of the weight container **30** and the fill material **46** contained by the weight container **30** will apply a downward force on the base structure **160**.

The desired amount of fill material **46** will depend upon the nature of the fill material and the specifics of the second example umbrella system **24**. The fill material **46** may be placed into the interior chamber **42** before arranging the through hole **40** of the weight container **30** to receive the

US 10,087,647 B2

9 10

base stem **172**, but may require lifting and moving of the entire first example weight system **20**.

Although the example weight container **30** is substantially round in top plan view and forms a hollow cylinder, other shapes may be used, several examples of which are described elsewhere in this application.

## II. Second Embodiment

Referring now to FIGS. **10-15** of the drawing, depicted therein is a second example weight system **220** constructed in accordance with, and embodying, the principles of the present invention. The second example weight system **220** comprises a weight container **230** defining an upper wall **232**, a lower wall **234**, an outer side wall **236**, and an inner side wall **238**. The example upper and lower walls **232** and **234** are flat and rectangular (square), and the example lower wall **234** comprises four flat segments, and the inner side wall **238** is cylindrical. The second example weight system **220** further defines a through hole **240** and an interior chamber **242**. A fill opening **244** is formed in the upper wall **232** through which fill material **246** is placed into the interior chamber **242**.

The second example weight system **220** comprises first and second upper panels **250a** and **250b** defining the upper wall **232**, a lower panel **252** defining the lower wall **234**, an outer side panel **254** defining the outer side wall **236**, and an inner side panel **256** defining the inner side wall **238**. The example panels **250a**, **250b**, **252**, **254**, and **256** are made of a flexible fabric capable of containing the fill material **246** and bearing the weight fill material **246** when the weight container **230** is filled with the fill material **246** as will be described in further detail herein. The example first and second upper panels **250a** and **250b** are joined to the outer side panel **254** by a first upper seam **260**. The example first and second upper panels **250a** and **250b** are joined to the inner side panel **256** by a second upper seam **262**. The example lower panel **252** is joined to the outer side panel **254** by a first lower seam **264**. The example lower panel **252** is also joined to the inner side panel **256** by a second lower seam **266**. A first vertical seam **268a** joins ends of the outer side panel **254** to form the outer side wall **236**, and a second vertical seam **268b** joins ends of the inner panel **256** to form the inner side wall **238**. The example first upper seam **260**, second upper seam **262**, first lower seam **264**, and second lower seam **266** may be constructed in the same manner as the example first upper seam **60** described above and will not be described herein in further detail.

The example first upper panel **250a** defines an axial hole. A first outer edge of the example first upper panel **250a** extends partly along a segmented path. An inner edge of the example first upper panel **250a** extends along a circular path defining a diameter. The length of the diameter is approximately one tenth of the length between opposing sides of the first upper panel **250a**. A first overlap edge of the example first upper panel **250a** intersects the segmented path defined by the first upper panel **250a** at first and second intersection points. The first overlap edge of the example first upper panel **250a** is offset from the axial hole.

The example second upper panel **250b** defines a second outer edge that also extends partly along the segmented path. A second overlap edge defined by the example second upper panel **250b** intersects the segmented path at third and fourth intersection points. When the example weight container **230** is assembled, the third and fourth intersection points defined by the second overlap edge are arranged between a line extending between the first and second intersection points and the axial hole defined by the first upper panel **250a**.

With the foregoing construction, the second overlap edge defined by the second upper panel **250b** is arranged between the first overlap edge and the through hole **240**. Accordingly, the example first and second panels **250a** and **250b** overlap in an overlap region **270**. The example overlap region intersects the segmented path at first and second intersection locations.

The example first and second upper panels **250a** and **250b** are sewn together by the first upper seam **260** within the intersecting locations. The example first and second upper panels **250a** and **250b** are further sewn at least partly together by first and second lateral stitches **272a** and **272b** and first and second end stitches **274a** and **274b**. The example first lateral stitch **272a** extends along a line extending between the first and second intersection points, while the example second lateral stitch **272b** extends along a line extending between the second and third intersection points. The example first and second lateral stitches **272a** and **272b** are parallel to each other. The example end stitches **274a** and **274b** extend between the first and second lateral stitches **272a** and **272b** at points that are approximately one fifth of the length of the chords defined by the first and second lateral stitches **272a** and **272b** from the first and second intersection locations. The example end stitches **274a** and **274b** are parallel to each other.

The example lateral stitches **272a** and **272b** and the example end stitches **274a** and **274b** divide the overlap region into a middle portion **276** and first and second end portions **278a** and **278b**. Outside of the middle portion **276**, the lateral stitches **272a** and **272b** join the first and second upper panels **250a** and **250b** together. Within the middle portion **276**, the lateral stitches **272a** and **272b** do not join the first and second upper panels **250a** and **250b** together but simply form seams to finish the edges of the first and second upper panels **250a** and **250b**. In particular, the example first lateral stitch **272a** forms a seam edge of the example first upper panel **250a**, while the example second lateral stitch **272b** forms a seam edge of the example second upper panel **250b**.

Accordingly, the first and second upper panels **250a** and **250b** are effectively sealed between the second and second end portions **278a** and **278b**, but the fill opening **244** is defined between the first and second upper panels **250a** and **250b** within the middle portion **276**.

Referring more specifically to FIGS. **12** and **13**, it can be seen that a closure system **280** is arranged to detachably attach the first and second upper panels **250a** and **250b** within the middle portion **276** to close the fill opening **244**. The example closure system **280** is a hook and loop system, but other closure systems such as lacing, a zipper, or the like may be used in addition or instead. If the closure system used is not a hook and loop system (e.g., a zipper or laces), the first and second upper panels **250a** and **250b** need not overlap. Instead the fill opening **244** may be formed by may be joined at seams formed by edges of the respective panels **250a** and **250b**, with the zipper and/or laces joining the panels **250a** and **250b** together at the adjacent seams.

The example hook and loop system forming the closure system **280** comprises a loop panel **282** secured to the first upper panel **250a** within the middle portion **276** and a hook panel **284** secured to the second upper panel **250b** within the middle portion **276**. The loop panel **282** overlaps the hook panel **284** to effectively seal the first and second upper panels **250a** and **250b** together. More specifically, when the loop panel **282** is attached to the hook panel **284** as shown

US 10,087,647 B2

11

12

in FIGS. **12** and **14**, the weight container **230** is in a closed configuration in which access to the interior chamber **242** through the fill opening **244** is prevented. When the loop panel **282** is detached from the hook panel **284** as shown in FIGS. **13** and **15**, the weight container **230** is in an open configuration in which access to the interior chamber **242** is allowed through the fill opening **244**. The fill material **246** may be poured or otherwise passed through the fill opening **244** in the open configuration to allow the interior chamber **242** to be filled and/or emptied. A tab **286** may be secured to the first upper panel **250***a* to facilitate detachment of the hook panel **284** from the loop panel **282** and thus placement of the weight container **230** in the open configuration.

To fill the weight container **230**, the hook panel **284** is disengaged from the loop panel **282** to place the weight container **230** in its open configuration. In this open configuration, the fill material **246** is poured or otherwise passed through the fill opening **244** until a desired amount of fill material **246** is within the interior chamber **242**. During normal use of the second example weight system **220**, the hook panel **284** engages the loop panel **282** substantially to prevent the fill material **246** from being displaced out of the interior chamber **242** through the fill opening **244**. The weight container **230** may be arranged in a desired relationship to the item to be supported prior to introduction of the fill material **246** into the interior chamber **242** to minimize carrying of the fully loaded weight container **230**.

While a number of materials may be used to satisfy the functional requirements of the second example weight container **230**, the materials described above with respect to the first example weight container **30** have been determined to provide a good balance of functionality and cost and may also be used to form like components of the second example container **230**.

The second example weight system **220** may be used to support either of the first and second example umbrella systems **22** and **24** or possibly other upright items such as construction or traffic cones, light poles, portable pole mounted heaters, or the like.

To use the second example weight system **220** to support the first example umbrella system **22**, the base assembly **120** is arranged at a desired location. The weight container **230** is then arranged such that the base stem **132** of the base structure **130** extends through the through hole **240** in the weight container **230** and the lower wall **234** of the weight container **230** rests on the upper surface of the base structure **130**. The weight container **230** is placed in its open configuration, and the desired amount of fill material **246** is arranged within the interior chamber **242** through the fill opening **244**. The weight container **230** is then placed in its closed configuration. At this point, the weight of the weight container **230** and the fill material **246** contained by the weight container **230** will apply a downward force on the base structure **130**.

The desired amount of fill material **246** will depend upon the nature of the fill material and the specifics of the first example umbrella system **22**. The fill material **246** may be placed into the interior chamber **242** before arranging the through hole **240** of the weight container **230** to receive the base stem **132**, but may require lifting and moving of the entire second example weight system **220**.

To use the second example weight system **220** to support the second example umbrella system **22**, the base assembly **160** is arranged at a desired location. The weight container **230** is then arranged such that the base stem **172** of the base structure **170** extends through the through hole **240** in the weight container **230** and the lower wall **234** of the weight

container **230** rests on the upper surfaces of at least some of the legs **174**, **176**, **178***a*, and **178***b*. The weight container **230** is placed in its open configuration, and the desired amount of fill material **246** is arranged within the interior chamber **242** through the fill opening **244**. The weight container **230** is then placed in its closed configuration. At this point, the weight of the weight container **230** and the fill material **246** contained by the weight container **230** will apply a downward force on the base structure **160**.

The desired amount of fill material **246** will depend upon the nature of the fill material and the specifics of the second example umbrella system **24**. The fill material **246** may be placed into the interior chamber **242** before arranging the through hole **240** of the weight container **230** to receive the base stem **172**, but may require lifting and moving of the entire second example weight system **220**.

Although the example weight container **230** is substantially square in top plan view and forms rectangular solid with a central hole, other shapes may be used, several examples of which are described elsewhere in this application.

### III. Third Embodiment

Referring now to FIGS. **16-18** of the drawing, depicted therein is a third example weight system **320** constructed in accordance with, and embodying, the principles of the present invention. The third example weight system **320** comprises a weight container **330** defining an upper wall **332**, a lower wall **334**, and a side wall **336**. The example upper and lower walls **332** and **334** are flat and semi-circular but could be rectangular or other shapes. The example side wall **336** comprises a first semi-cylindrical segment, first and second flat segments, and a second semi-cylindrical segment. The diameter defined by the first semi-cylindrical segment is larger than that defined by the second semi-cylindrical segment. Each of the first and second flat segments extends between the first and second semi-cylindrical segments. The third example weight system **320** further defines a notch **340** and an interior chamber **342**. A fill opening **344** is formed in the upper wall **332** through which fill material **346** is placed into the interior chamber **342**.

The third example weight system **320** comprises first and second upper panels **350***a* and **350***b* defining the upper wall **332**, a lower panel **352** defining the lower wall **334**, and a side panel **354** defining the side wall **336**. The example panels **350***a*, **350***b*, **352**, and **354** are made of a flexible fabric capable of containing the fill material **346** and bearing the weight fill material **346** when the weight container **330** is filled with the fill material **346** as will be described in further detail herein. The example first and second upper panels **350***a* and **350***b* are joined to the side panel **354** by an upper seam **360**. The example lower panel **352** is joined to the side panel **354** by a lower seam **362**. A vertical seam **368** joins ends of the side panel **354** to form the side wall **236**. The example upper seam **360** and lower seam **362** may be constructed in the same manner as the example first upper seam **60** described above and will not be described herein in further detail.

A first outer edge of the example first upper panel **350***a* extends along a portion of a segmented path defined by the side wall **336**. A first overlap edge of the example first upper panel **350***a* intersects the segmented path defined by the first upper panel **350***a* at first and second intersection points.

The example second upper panel **350***b* defines a second outer edge that also extends partly along the segmented path. A second overlap edge defined by the example second upper

US 10,087,647 B2

13                                                    14

panel 350b intersects the segmented path at third and fourth intersection points. When the example weight container 330 is assembled, the third and fourth intersection points defined by the second overlap edge are arranged between a line extending between the first and second intersection points and the notch 340.

With the foregoing construction, the second overlap edge defined by the second upper panel 350b is arranged between the first overlap edge and the notch 340. Accordingly, the example first and second panels 350a and 350b overlap in an overlap region 370. The example overlap region intersects the segmented path at first and second intersection locations.

The example first and second upper panels 350a and 350b are sewn together by the first upper seam 360 within the intersecting locations. The example first and second upper panels 350a and 350b are further sewn at least partly together by first and second chord stitches 372a and 372b and first and second end stitches 374a and 374b. The example first chord stitch 372a extends along a line extending between the first and second intersection points, while the example second chord stitch 372b extends along a line extending between the second and third intersection points. The example first and second chord stitches 372a and 372b are parallel to each other. The example end stitches 374a and 374b extend between the first and second chord stitches 372a and 372b at points that are approximately one fifth of the length of the chords defined by the first and second chord stitches 372a and 372b from the first and second intersection locations. The example end stitches 374a and 374b are parallel to each other.

The example chord stitches 372a and 372b and the example end stitches 374a and 374b divide the overlap region into a middle portion 376 and first and second end portions 378a and 378b. Outside of the middle portion 376, the chord stitches 372a and 372b join the first and second upper panels 350a and 350b together. Within the middle portion 376, the chord stitches 372a and 372b do not join the first and second upper panels 350a and 350b together but simply form seams to finish the edges of the first and second upper panels 372a and 372b. In particular, the example first chord stitch 372a forms a seam edge of the example first upper panel 350a, while the example second chord stitch 372b forms a seam edge of the example second upper panel 350b.

Accordingly, the first and second upper panels 350a and 350b are effectively sealed together in the first and second end portions 378a and 378b, but the fill opening 344 is defined between the first and second upper panels 350a and 350b within the middle portion 376.

A closure system (not visible) is arranged to detachably attach the first and second upper panels 350a and 350b within the middle portion 376 to close the fill opening 344. The example closure system is, like the example closure systems 80 and 280 described above, a hook and loop system, but other closure systems such as lacing, a zipper, or the like may be used in addition or instead. If the closure system used is not a hook and loop system (e.g., a zipper or laces), the first and second upper panels 350a and 350b need not overlap. Instead the fill opening 344 may be formed by may be joined at seams formed by edges of the respective panels 350a and 350b, with the zipper and/or laces joining the panels 350a and 350b together at the adjacent seams.

The example hook and loop system forming the closure system of the third example weight assembly 320 comprises comprising a loop panel (not visible) secured to the first upper panel 350a within the middle portion 376 and a hook panel (not visible) secured to the second upper panel 350b

within the middle portion 376. The loop panel overlaps the loop panel to effectively seal the first and second upper panels 350a and 350b together. More specifically, when the loop panel is attached to the hook panel, the weight container 330 is in a closed configuration in which access to the interior chamber 342 through the fill opening 344 is prevented. When the loop panel is detached from the hook panel, the weight container 330 is in an open configuration in which access to the interior chamber 342 is allowed through the fill opening 344. The fill material 346 may be poured or otherwise passed through the fill opening 344 in the open configuration to allow the interior chamber 342 to be filled and/or emptied. A tab 379 may be secured to the first upper panel 350a to facilitate detachment of the hook panel from the loop panel and thus placement of the weight container 330 in the open configuration.

To fill the weight container 330, the hook panel is disengaged from the loop panel to place the weight container 330 in its open configuration. In this open configuration, the fill material 346 is poured or otherwise passed through the fill opening 344 until a desired amount of fill material 346 is within the interior chamber 342. During normal use of the third example weight system 320, the hook panel engages the loop panel substantially to prevent the fill material 346 from being displaced out of the interior chamber 342 through the fill opening 344. The weight container 330 may be arranged in a desired relationship to the item to be supported prior to introduction of the fill material 346 into the interior chamber 342 to minimize carrying of the fully loaded weight container 330.

The third example weight system 320 further comprises a securing system 380 comprising a pole strap 382, a pole ring 384, and a fastening system 386. The pole strap 382 is secured to the side panel 354 such that the pole strap 382 extends from the weight container 330 adjacent to the notch 340. In particular, a fixed end portion of the pole strap 382 is secured to the side panel 354 within the notch 340 such that a free end portion of the strap extends from the weight container 330 such that the free end portion strap can be extended from the first flat segment of the side wall 336 to the second flat segment of the side wall 336 across the notch 340. The fixed end portion of the pole strap 382 is further inserted through a portion of the pole ring 384 and sewn back to itself such that the pole ring 384 is at the juncture of the second or inner semi-cylindrical segment of the side wall 336 defining the notch 340 and the second flat segment of the side wall 336. The free end portion of the pole strap 382 may thus be extended across the notch 340 and through the pole ring 384 to secure the pole strap 382 across the notch 340.

The pole strap 382 may be simply tied to itself to hold the pole strap 382 in place across the notch 340. However, the fastening system 386 may be used to secure the pole strap 382 relative to the pole ring 384 when the pole strap 382 is extended through the pole ring 384. The example fastening system 386 comprises a first loop portion 390 secured to the free end portion of the pole strap 382, an optional second loop portion 392 secured to the first flat segment of the side wall 336, and a hook portion 394 secured to the free end portion of the pole strap 382. With the free end portion extended through the pole ring 384 as shown in FIGS. 16 and 17, the first loop portion 390 and the hook portion 394 face each other and can be detachably attached to prevent inadvertent movement of the pole strap 382 relative to the pole ring 384. If the optional second loop portion 392 is used, the hook portion 394 may be engaged with the second loop portion 392 to further prevent inadvertent movement of

US 10,087,647 B2

15

the pole strap 382 relative to the pole ring 384 and also to prevent the free end portion of the pole strap 382 from dangling from the weight container 330. Other fastening systems such as buckles, buttons, or the like may be used in addition or instead of the example hook and loop fastening system forming the example fastening system 386.

While a number of materials may be used to satisfy the functional requirements of the third example weight container 330, the materials described above with respect to the first example weight container 30 have been determined to provide a good balance of functionality and cost and may also be used to form like components of the third example container 330.

The material forming the example strap 382 is nylon webbing. The nylon webbing forming the example strap 382 is a 1.5″ Y pattern nylon webbing of 32 grams per yard.

The third example weight system 320 may be used to support either of the first and second example umbrella systems 22 and 24 or possibly other upright items such as construction or traffic cones, light poles, portable pole mounted heaters, or the like.

To use the third example weight system 320 to support the first example umbrella system 32, the base assembly 120 is arranged at a desired location. The weight container 330 is then arranged such that the base stem 132 of the base structure 130 extends through the notch 340 in the weight container 330 and the lower wall 334 of the weight container 330 rests on the upper surface of the base structure 130. The pole strap 382 is then extended across the notch 340 over the stem 132, inserted through the pole ring 384, and secured in place using the fastening system 386. Inadvertent lateral movement of the base assembly 120 relative to the third example weight system 320 will thus be prevented by the securing system 380.

The weight container 330 is placed in its open configuration, and the desired amount of fill material 346 is arranged within the interior chamber 342 through the fill opening 344. The weight container 330 is then placed in its closed configuration. At this point, the weight of the weight container 330 and the fill material 346 contained by the weight container 330 will apply a downward force on the base structure 130.

The desired amount of fill material 346 will depend upon the nature of the fill material and the specifics of the first example umbrella system 22. The fill material 346 may be placed into the interior chamber 342 before arranging the notch 340 of the weight container 330 to receive the base stem 132, but may require lifting and moving of the entire third example weight system 320.

To use the third example weight system 320 to support the second example umbrella system 24, the base assembly 160 is arranged at a desired location. The weight container 330 is then arranged such that the base stem 172 of the base structure 170 extends through the notch 340 in the weight container 330 and the lower wall 334 of the weight container 330 rests on the upper surfaces of at least some of the legs 174, 176, 178a, and 178b. The pole strap 382 is then extended across the notch 340 over the stem 172, inserted through the pole ring 384, and secured in place using the fastening system 386. Inadvertent lateral movement of the base assembly 160 relative to the third example weight system 320 will thus be prevented by the securing system 380.

The weight container 330 is placed in its open configuration, and the desired amount of fill material 346 is arranged within the interior chamber 342 through the fill opening 344. The weight container 330 is then placed in its

16

closed configuration. At this point, the weight of the weight container 330 and the fill material 346 contained by the weight container 330 will apply a downward force on the base structure 160.

The desired amount of fill material 346 will depend upon the nature of the fill material and the specifics of the second example umbrella system 24. The fill material 346 may be placed into the interior chamber 342 before arranging the notch 340 of the weight container 330 to receive the base stem 172, but may require lifting and moving of the entire third example weight system 320.

Although the example weight container 330 is substantially semicircular in top plan view and forms substantially semi-cylindrical shape with notch on the straight side thereof, other shapes may be used, several examples of which are described elsewhere in this application.

### IV. Fourth Embodiment

Referring now to FIGS. 19-21 of the drawing, depicted therein is a fourth example weight system 420 constructed in accordance with, and embodying, the principles of the present invention. The fourth example weight system 420 comprises a fourth and fifth weight containers 430a and 430b. The fourth and fifth example weight containers 430a and 430b are or may be identical. For clarity, the same reference characters will be used to identify common elements of the separate weight containers 430a and 430b.

Additionally, the example fourth and fifth weight containers 430a and 430b share many elements of the third example weight container 330 described above. The example fourth and fifth example weight containers 430a and 430b will thus be described herein primarily to the extent that they differ from the third example weight container 330.

The example weight containers 430a and 430b each define an upper wall 432, a lower wall 434, and a side wall 436. The example upper and lower walls 432 and 434 are flat and semi-circular but could be rectangular or other shapes. The example side wall 436 comprises a first semi-cylindrical segment, first and second flat segments, and a second semi-cylindrical segment. The diameter defined by the first semi-cylindrical segment is larger than that defined by the second semi-cylindrical segment. Each of the first and second flat segments extends between the first and second semi-cylindrical segments. The fourth and fifth example weight containers 430a and 430b each further defines a notch 440 and an interior chamber 442. A fill opening 444 is formed in each of the upper wall 432 through which fill material (not shown) is placed into the interior chamber 442.

The example weight containers 430a and 430b each comprises first and second upper panels 450a and 450b defining the upper wall 432, a lower panel 452 defining the lower wall 434, and a side panel 454 defining the side wall 436. The example panels 450a, 450b, 452, and 454 are made of a flexible fabric capable of containing the fill material (not shown) and bearing the weight fill material when the weight container 430 is filled with the fill material as described with reference to the other example weight containers described herein. The example first and second upper panels 450a and 450b are joined to the side panel 454 by an upper seam (not shown). The example lower panel 452 is joined to the side panel 454 by a lower seam (not shown). A vertical seam (not shown) joins ends of the side panel 454 to form the side wall 436. The example upper seam and lower seam may be constructed in the same manner as the example first upper seam 60 described above and will not be described herein in further detail.

17                                        18

A first outer edge of the example first upper panel **450***a* extends along a portion of a segmented path defined by the side wall **436**. A first overlap edge of the example first upper panel **450***a* intersects the segmented path defined by the first upper panel **450***a* at first and second intersection points.

The example second upper panel **450***b* defines a second outer edge that also extends partly along the segmented path. A second overlap edge defined by the example second upper panel **450***b* intersects the segmented path at third and fourth intersection points. When the example weight container **430** is assembled, the third and fourth intersection points defined by the second overlap edge are arranged between a line extending between the first and second intersection points and the notch **440**.

With the foregoing construction, the second overlap edge defined by the second upper panel **450***b* is arranged between the first overlap edge and the notch **440**. Accordingly, the example first and second panels **450***a* and **450***b* overlap in an overlap region **470**. The example overlap region intersects the segmented path at first and second intersection locations.

The example first and second upper panels **450***a* and **450***b* are sewn together by the first upper seam within the intersecting locations. The example first and second upper panels **450***a* and **450***b* are further sewn at least partly together by first and second chord stitches **472***a* and **472***b* and first and second end stitches **474***a* and **474***b*. The example first chord stitch **472***a* extends along a line extending between the first and second intersection points, while the example second chord stitch **472***b* extends along a line extending between the second and third intersection points. The example first and second chord stitches **472***a* and **472***b* are parallel to each other. The example end stitches **474***a* and **474***b* extend between the first and second chord stitches **472***a* and **472***b* at points that are approximately one fifth of the length of the chords defined by the first and second chord stitches **472***a* and **472***b* from the first and second intersection locations. The example end stitches **474***a* and **474***b* are parallel to each other.

The example chord stitches **472***a* and **472***b* and the example end stitches **474***a* and **474***b* divide the overlap region into a middle portion **476** and first and second end portions **478***a* and **478***b*. Outside of the middle portion **476**, the chord stitches **472***a* and **472***b* join the first and second upper panels **450***a* and **450***b* together. Within the middle portion **476**, the chord stitches **472***a* and **472***b* do not join the first and second upper panels **450***a* and **450***b* together but simply form seams to finish the edges of the first and second upper panels **472***a* and **472***b*. In particular, the example first chord stitch **472***a* forms a seam edge of the example first upper panel **450***a*, while the example second chord stitch **472***b* forms a seam edge of the example second upper panel **450***b*.

Accordingly, the first and second upper panels **450***a* and **450***b* are effectively sealed together in the first and second end portions **478***a* and **478***b*, but the fill opening **444** is defined between the first and second upper panels **450***a* and **450***b* within the middle portion **476**.

A closure system (not visible) is arranged to detachably attach the first and second upper panels **450***a* and **450***b* within the middle portion **476** to close the fill opening **444**. The example closure system is, like the example closure systems **80** and **280** described above, a hook and loop system, but other closure systems such as lacing, a zipper, or the like may be used in addition or instead. The example hook and loop system forming the closure system of the third example weight assembly **420** comprises a loop panel (not visible) secured to the first upper panel **450***a* within the

middle portion **476** and a hook panel (not visible) secured to the second upper panel **450***b* within the middle portion **476**. The loop panel overlaps the loop panel to effectively seal the first and second upper panels **450***a* and **450***b* together. More specifically, when the loop panel is attached to the hook panel, the weight container **430** is in a closed configuration in which access to the interior chamber **442** through the fill opening **444** is prevented. When the loop panel is detached from the hook panel, the weight container **430** is in an open configuration in which access to the interior chamber **442** is allowed through the fill opening **444**. The fill material may be poured or otherwise passed through the fill opening **444** in the open configuration to allow the interior chamber **442** to be filled and/or emptied. A tab **479** may be secured to the first upper panel **450***a* to facilitate detachment of the hook panel from the loop panel and thus placement of the weight container **430** in the open configuration.

To fill the weight container **430**, the hook panel is disengaged from the loop panel to place the weight container **430** in its open configuration. In this open configuration, the fill material is poured or otherwise passed through the fill opening **444** until a desired amount of fill material is within the interior chamber **442**. During normal use of the fourth example weight container **430***a*, the hook panel engages the loop panel substantially to prevent the fill material from being displaced out of the interior chamber **442** through the fill opening **444**. The weight container **430** may be arranged in a desired relationship to the item to be supported prior to introduction of the fill material into the interior chamber **442** to minimize carrying of the fully loaded weight container **430**.

The example weight containers **430***a* and **430***b* each further comprises a securing system **480** comprising a pole strap **482**, a pole ring **484**, and a fastening system **486**. As will be apparent from the following discussion, both securing systems **480** are not always required, but the use of a securing system **480** on each of the weight containers **430***a* and **430***b* provides simplicity in manufacturing and inventory control and provides flexibility for different uses in field.

The pole strap **482** is secured to the side panel **454** such that the first pole strap **482** extends from the weight container **430** adjacent to the notch **440**. In particular, a fixed end portion of the pole strap **482** is secured to the side panel **454** within the notch **440** such that a free end portion of the strap extends from the weight container **430** such that the free end portion strap can be extended from the first flat segment of the side wall **436** to the second flat segment of the side wall **436** across the notch **440**. The fixed end portion of the pole strap **482** is further inserted through a portion of the pole ring **484** and sewn back to itself such that the pole ring **484** is at the juncture of the second or inner semi-cylindrical segment of the side wall **436** defining the notch **440** and the second flat segment of the side wall **436**. The free end portion of the pole strap **482** may thus be extended across the notch **440** and through the pole ring **484** to secure the pole strap **482** across the notch **440**.

The pole strap **482** may be simply tied to itself to hold the pole strap **482** in place across the notch **440**. However, the fastening system **486** may be used to secure the pole strap **482** relative to the pole ring **484** when the pole strap **482** is extended through the pole ring **484**. The example fastening system **486** comprises a first loop portion **490** secured to the free end portion of the pole strap **482**, an optional second loop portion **492** secured to the first flat segment of the side wall **436**, and a hook portion **494** secured to the free end portion of the pole strap **482**. With the free end portion

US 10,087,647 B2

19

20

extended through the pole ring **484** as shown in FIG. **19**, the first loop portion **490** and the hook portion **494** face each other and can be detachably attached to prevent inadvertent movement of the pole strap **482** relative to the pole ring **484**. If the optional second loop portion **492** is used, the hook portion **494** may be engaged with the second loop portion **492** to further prevent inadvertent movement of the pole strap **482** relative to the pole ring **484** and also to prevent the free end portion of the pole strap **482** from dangling from the weight container **430**. Other fastening systems such as buckles, buttons, or the like may be used in addition or instead of the example hook and loop fastening system forming the example fastening system **486**.

In addition, each of the example fourth and fifth weight containers **430a** and **430b** comprises a container joining system **520** that allow the example fourth and fifth containers **430a** and **430b** to be joined together. The example container joining system **520** comprises a first joining strap **522**, a second joining strap **524**, a joining ring **526**, and a strap joining system **528**. A fixed end portion of the first joining strap **522** is sewn to the first semi-cylindrical segment of the first side wall **436** such that a free end portion of the first joining strap **522** extends from a juncture of the first semi-cylindrical segment of the first side wall **436** and the second flat segment of the first side wall **436**. The second joining strap **524** is inserted through a portion of the joining ring **526**, and both ends of the second strap **524** are sewn to the first semi-cylindrical segment of the first side wall **436**. The joining ring **526** is located adjacent to a juncture of the first semi-cylindrical segment of the first side wall **436** and the first flat segment of the first side wall **436**. The free end of the first joining strap **522** and the joining ring **526** are arranged on opposite sides of the notch **440**.

The example strap joining system **528** may be used to secure the first joining strap **522** relative to an adjacent one of the joining ring **526** when the first joining strap **522** is extended through the adjacent one of the joining rings **526**. The example fastening system **528** comprises a loop portion **530** secured to the fixed end portion of the first joining strap **522** and a hook portion **532** secured to the free end portion of the first joining strap **522**. With the free end portion extended through one of the joining rings **526** as shown in FIG. **19**, the loop portion **530** and the hook portion **532** face each other and can be detachably attached to prevent inadvertent movement of the first joining strap **522** relative to one of the joining rings **526**. Other fastening systems such as buckles, buttons, or the like may be used in addition or instead of the example hook and loop fastening system forming the example strap joining system **528**.

While a number of materials may be used to satisfy the functional requirements of the fourth example weight containers **430a** and **430b**, the materials described above with respect to the first example weight container **30** have been determined to provide a good balance of functionality and cost and may also be used to form like components of the fourth example weight containers **430a** and **430b**.

The material forming the example pole strap **482** and first and second joining straps **522** and **524** is nylon webbing. The nylon webbing forming the example straps **482**, **522**, and **524** is a 1.5″ Y pattern nylon webbing of 32 grams per yard.

The fourth example weight system **420** may be used to support either of the first and second example umbrella systems **22** and **24** or possibly other upright items such as construction or traffic cones, light poles, portable pole mounted heaters, or the like.

To use the fourth example weight system **420** to support the first example umbrella system **22**, the base assembly **120**

is arranged at a desired location. The fourth and fifth example weight containers **430a** and **430b** are then arranged such that the base stem **132** of the base structure **130** extends through the notch **440** in either of the fourth and fifth weight containers **430a** and **430b** and the lower walls **434** of one or both of the fourth and fifth weight containers **430a** and **430b** rest on the upper surface of the base structure **130**. The pole strap **482** is then extended across the notch **440** over the stem **132**, inserted through the pole ring **484**, and secured in place using the fastening system **486**. At this point, the first joining strap **522** of the fourth example weight container **430a** will be adjacent to the joining ring **526** of the fifth example weight container **430b** and the first joining strap **522** of the fifth example weight container **430a** will be adjacent to the joining ring **526** of the fourth example weight container **430b**. The joining straps **522** are inserted through the adjacent joining rings **526** and secured in place using the strap joining system **528**. Inadvertent lateral movement of the base assembly **120** relative to the fourth example weight system **420** will thus be prevented by the securing system **480**.

The fourth and fifth weight containers **430a** and **430b** are placed in their open configurations, and the desired amount of fill material is arranged within the interior chambers **442** through the fill openings **444**. The fourth and fifth example weight containers **430** are then placed in their closed configurations. At this point, the weight of the weight containers **430a** and **430b** and the fill material **446** contained by the weight containers **430a** and **430b** will apply a downward force on the base structure **130**.

The desired amount of fill material will depend upon the nature of the fill material and the specifics of the first example umbrella system **42**. The fill material may be placed into the interior chamber **442** before arranging the notch **440** of the weight container **430** to receive the base stem **132**, but may require lifting and moving of the loaded fourth and fifth example weight containers **430a** and **430b**. Because the joining strap assemblies **520** may be disconnected to detach the fourth and fifth example weight containers **430a** and **430b** from each other, however, these fourth and fifth example weight containers **430a** and **430b** may be moved separately.

To use the fourth example weight system **420** to support the second example umbrella system **24**, the base assembly **160** is arranged at a desired location. The fourth and fifth weight containers **430a** and **430b** are then arranged such that the base stem **172** of the base structure **170** extends through the notch **440** one of the weight containers **430a** and **430b** and the lower walls **434** of at least one, and typically both, of one or both of the fourth and fifth weight containers **430a** and **430b** rest on the upper surfaces of at least some of the legs **174**, **176**, **178a**, and **178b**. The pole strap **482** is then extended across the notch **440** over the stem **172**, inserted through the pole ring **484**, and secured in place using the fastening system **486**. At this point, the first joining strap **522** of the fourth example weight container **430a** will be adjacent to the joining ring **526** of the fifth example weight container **430b** and the first joining strap **522** of the fifth example weight container **430a** will be adjacent to the joining ring **526** of the fourth example weight container **430b**. The joining straps **522** are inserted through the adjacent joining rings **526** and secured in place using the strap joining system **528**. Inadvertent lateral movement of the base assembly **420** relative to the fourth example weight system **420** will thus be prevented by the securing system **480**.

The fourth and fifth weight containers **430a** and **430b** are placed in their open configurations, and the desired amount

US 10,087,647 B2

21                                                                          22

of fill material is arranged within the interior chambers **442** through the fill openings **444**. The fourth and fifth example weight containers **430** are then placed in their closed configurations. At this point, the weight of the weight containers **430***a* and **430***b* and the fill material **446** contained by the weight containers **430***a* and **430***b* will apply a downward force on the base structure **160**.

The desired amount of fill material will depend upon the nature of the fill material and the specifics of the second example umbrella system **24**. The fill material **446** may be placed into the interior chamber **442** before arranging the notch **440** of the weight container **430** to receive the base stem **172**, but may require lifting and moving of the loaded fourth and fifth example weight containers **430***a* and **430***b*. Because the joining strap assemblies **520** may be disconnected to detach the fourth and fifth example weight containers **430***a* and **430***b* from each other, however, these fourth and fifth example weight containers **430***a* and **430***b* may be moved separately.

In addition to a side by side arrangement as depicted in FIG. **19**, any of the example containers **30**, **230**, **330**, or **430***a* and **430***b* may be stacked one on top of any of the other example containers **30**, **230**, **330**, or **430***a* and **430***b*. In such a stacked configuration, only one of the weight containers may be in direct contact with the base member **130** or **160**. The weight of the uppermost weight container of the stack is transferred to the base member **130** or **160** through the lowermost, and any intermediate, weight member of the stack. In this case, the joining straps such as the example joining straps **520** need not be used as shown in FIG. **19** to connect the example weight containers to each other. When stacked, the through holes **40** and **240** of the weight containers **30** and **230** receive the stem portion **132** or **162** to hold the weight containers **40** and/or **240** together. With weight containers **330**, **430***a*, and **430***b* without a through hole, a securing system such as the securing systems **480** of the example weight containers **430***a* and **430***b* may be used to attach the respective weight containers **330**, **430***a*, and **430***b* around the stem portion **132** or **172** as described above.

Although the example weight containers **430***a* and **430***b* are substantially semicircular in top plan view and each form a substantially semi-cylindrical shape with notch on the straight side thereof, other shapes may be used, several examples of which are described elsewhere in this application.

What is claimed is:

1. A weight system for supporting a free-standing object, comprising:

first and second upper panels;

a least one side panel;

a lower panel;

at least one upper seam that joins the first and second upper panels to the at least one side panel such that the first and second upper panels define an upper wall, the first and second upper panels overlap to define an overlap region that intersects the at least one upper seam at two locations, the at least one side panel defines at least one side wall, and the first and second upper panels define a fill opening in the upper wall;

at least one lower seam that joins the lower panel to the at least one side panel to form a lower wall; and

a closure system comprising a first closure panel and a second closure panel, where the first and second closure panels are secured to the first and second upper panels, respectively, within the overlap region; wherein

the first and second upper panels, the at least one side panel, the lower panel, the at least one upper seam, and the at least one lower seam form a container defining an interior chamber;

the closure system is arranged to allow the container to be configured in

a closed configuration in which access to the interior chamber through the fill opening is substantially prevented, and

an open configuration in which access to the interior chamber through the fill opening is allowed;

when the container is in the closed configuration, the first closure panel engages the second closure panel to detachably attach the first and second upper panels within the overlap region; and

when the container is in the open configuration, at least a portion of the first closure panel is detachably attached from at least a portion of the second closure panel such that the fill opening is defined between the first and second upper panels within the overlap region.

2. A weight system as recited in claim 1, in which the closure system comprises:

one of the first and second closure panels is a hook panel; and

one of the first and second closure panels is a loop panel.

3. A weight system as recited in claim 1, further comprising:

a first lateral stitch extending between first and second intersecting points; and

a second lateral stitch extending between third and fourth intersecting points; wherein

the overlap region lies between the first and second lateral stitches.

4. A weight system as recited in claim 3, further comprising:

a first end stitch extending between first and second lateral stitches; and

a second end stitch extending between first and second lateral stitches; wherein

the overlap region lies between the first and second end stitches.

5. A weight system as recited in claim 4, in which:

the first and second lateral stitches join the first and second panels together within end portions of the overlap region; and

the first and second lateral stitches do not join the first and second panels together within a central portion of the overlap region such that the fill opening is formed between the first and second panels within the central portion of the overlap region.

6. A weight system as recited in claim 4, in which the first and second end stitches join the first and second panels together.

7. A weight system as recited in claim 1, in which:

the at least one side panel comprises outer and inner side panels;

the at least one upper seam comprises first and second upper seams that join the first and second upper panels to the outer and inner side panels, respectively;

the at least one lower seam comprises first and second lower seams that join the lower panel to the outer and inner side panels, respectively; whereby

the outer side panel defines an outer wall;

the inner side panel defines an inner wall; and

the inner wall defines a through hole of the container.

8. A weight system as recited in claim 1, in which:

the at least one side panel comprises a side panel;

US 10,087,647 B2

23 24

the at least one upper seam comprises an upper seam that joins the first and second upper panels to the side panel;

the at least one lower seam comprises a lower seam that join the lower panel to the side panel; whereby

the side panel defines a side wall of the container; and

the upper wall, lower wall, and side wall are configured to define a notch of the container.

9. A weight system as recited in claim 1, further comprising a joining system configured to allow at least a portion of the container to be secured relative to the free-standing object.

10. A weight system as recited in claim 9, in which container and the joining system are configured to be arranged at least partly around the free-standing object.

11. A weight system as recited in claim 1, further comprising fill material, in which:

the fill material is arranged within the interior chamber through the fill opening with the container in the open configuration; and

with the fill material within the interior chamber and the container in the closed configuration, the container may be arranged to apply a force to at least a portion of the free-standing object.

12. A weight system for supporting a free-standing object, comprising:

a plurality of containers, where each container comprises:

first and second upper panels;

a least one side panel;

a lower panel;

at least one upper seam that joins the first and second upper panels to the at least one side panel such that the first and second upper panels define an upper wall,

the first and second upper panels overlap to define an overlap region that intersects the at least one upper seam at two locations,

the at least one side panel defines at least one side wall, and

the first and second upper panels define a fill opening in the upper wall;

at least one lower seam that joins the lower panel to the at least one side panel to form a lower wall; wherein

the first and second upper panels, the at least one side panel, the lower panel, the at least one upper seam, and the at least one lower seam form a container defining an interior chamber; and

a closure system comprising a first closure panel and a second closure panel, where the first and second closure panels are secured to the first and second upper panels, respectively, within the overlap region; wherein

the closure systems are arranged to allow the containers to be configured in

a closed configuration in which access to the interior chambers through the fill openings is substantially prevented, and

an open configuration in which access to the interior chambers through the fill openings is allowed; and

when the container is in the closed configuration, the first closure panel engages the second closure panel to detachably attach the first and second upper panels within the overlap region; and

when the container is in the open configuration, at least a portion of the first closure panel is detachably attached from at least a portion of the second closure panel such that the fill opening is defined between the first and second upper panels within the overlap region.

13. A weight system as recited in claim 12, in which at least one of the plurality of containers further comprises a joining system for joining at least two of the plurality of containers together.

14. A weight system as recited in claim 12, in which at least a portion of each of the plurality of containers is arranged to exert a force directly on at least a portion of the free-standing object.

15. A weight system as recited in claim 12, further comprising fill material, in which:

the fill material is arranged within the interior chambers through the fill openings with the containers in the open configuration; and

with the fill material within the interior chambers and each of the plurality of containers in the closed configuration, the plurality of containers is arranged to apply a force to at least a portion of the free-standing object.

16. A weight container assembly for supporting a free-standing object, comprising:

first and second upper panels;

outer and inner side panels;

a lower panel;

at least one upper seam that joins the first and second upper panels to the outer and inner side panels such that the first and second upper panels define an upper wall and a fill opening in the upper wall,

the first and second upper panels are sized and dimensioned to overlap to define an overlap region that intersects the at least one upper seam at two locations, where the fill opening is accessed through the overlap region,

the outer side panel defines an outer side wall, and

the inner side panel defines an inner side wall;

a lower seam that joins the lower panel to the outer and inner side panels to form a lower wall; and

a closure system comprising a first closure panel and a second closure panel, where the first and second closure panels are secured to the first and second upper panels, respectively, within the overlap region; wherein

the first and second upper panels, the outer and inner side panels, the lower panel, the at least one upper seam, and the at least one lower seam form a container defining an interior chamber;

the upper wall, lower wall, and inner side wall are configured to define a through hole of the container;

the closure system is arranged to allow the container to be configured in

a closed configuration in which access to the interior chamber through the fill opening is substantially prevented, and

an open configuration in which access to the interior chamber through the fill opening is allowed;

when the container is in the closed configuration, the first closure panel engages the second closure panel to detachably attach the first and second upper panels within the overlap region; and

when the container is in the open configuration, at least a portion of the first closure panel is detachably attached from at least a portion of the second closure panel such that the fill opening is defined between the first and second upper panels within the overlap region.

17. A weight container assembly as recited in claim 16, in which the closure system comprises:

one of the first and second closure panels is a hook panel; and

one of the first and second closure panels is a loop panel.

US 10,087,647 B2

25

**18**. A weight container assembly as recited in claim **16**, further comprising:

a first lateral stitch extending between first and second intersecting points; and

a second lateral stitch extending between third and fourth intersecting points; wherein

the overlap region lies between the first and second lateral stitches.

**19**. A weight container assembly as recited in claim **18**, further comprising:

a first end stitch extending between the first and second lateral stitches; and

a second end stitch extending between first and second lateral stitches; wherein

the overlap region lies between the first and second end stitches.

**20**. A weight container assembly as recited in claim **19**, in which:

the first and second lateral stitches join the first and second panels together within end portions of the overlap region; and

the first and second lateral stitches do not join the first and second panels together within a central portion of the overlap region such that the fill opening is formed between the first and second panels within the central portion of the overlap region.

**21**. A weight container assembly as recited in claim **19**, in which the first and second end stitches join the first and second panels together.

**22**. A weight container assembly for supporting a free-standing object, comprising:

first and second upper panels;

a side panel;

a lower panel;

at least one seam that joins the first and second upper panels to the side panel such that

the first and second upper panels define an upper wall and a fill opening in the upper wall,

the first and second upper panels are sized and dimensioned to overlap to define an overlap region that intersects the at least one upper seam at two locations, where the fill opening is accessed through the overlap region, and

the side panel defines a side wall;

a lower seam that joins the lower panel to the side panel to form a lower wall; and

a closure system comprising a first closure panel and a second closure panel, where the first and second closure panels are secured to the first and second upper panels, respectively, within the overlap region; wherein

the first and second upper panels, the side panel, the lower panel, the at least one upper seam, and the at least one lower seam form a container defining an interior chamber;

the side panel defines a side wall of the container;

the upper wall, lower wall, and side wall are configured to define a notch of the container;

the closure system is arranged to allow the container to be configured in

a closed configuration in which access to the interior chamber through the fill opening is substantially prevented, and

an open configuration in which access to the interior chamber through the fill opening is allowed;

when the container is in the closed configuration, the first closure panel engages the second closure panel to

26

detachably attach the first and second upper panels within the overlap region; and

when the container is in the open configuration, at least a portion of the first closure panel is detachably attached from at least a portion of the second closure panel such that the fill opening is defined between the first and second upper panels within the overlap region.

**23**. A weight container assembly as recited in claim **22**, in which the closure system comprises:

one of the first and second closure panels is a hook panel; and

one of the first and second closure panels is a loop panel.

**24**. A weight container assembly as recited in claim **22**, further comprising:

a first lateral stitch extending between first and second intersecting points; and

a second lateral stitch extending between third and fourth intersecting points; wherein

the overlap region lies between the first and second lateral stitches.

**25**. A weight container assembly as recited in claim **24**, further comprising:

a first end stitch extending between the first and second lateral stitches; and

a second end stitch extending between first and second lateral stitches; wherein

the overlap region lies between the first and second end stitches.

**26**. A weight container assembly as recited in claim **24**, in which:

the first and second lateral stitches join the first and second panels together within end portions of the overlap region; and

the first and second lateral stitches do not join the first and second panels together within a central portion of the overlap region such that the fill opening is formed between the first and second panels within the central portion of the overlap region.

**27**. A weight container assembly as recited in claim **24**, in which the first and second end stitches join the first and second panels together.

**28**. A weight container assembly as recited in claim **22**, further comprising a securing system configure to allow at least a portion of the container to be secured relative to the free-standing object.

**29**. A weight container assembly as recited in claim **28**, in which the securing system is configured to at least partly surround the free-standing object.

**30**. A method of supporting a free-standing object comprising the steps of:

providing first and second upper panels;

providing a least one side panel;

providing a lower panel;

forming a container defining an interior chamber by

forming at least one upper seam to join the first and second upper panels to the at least one side panel such that

the first and second upper panels define an upper wall,

the first and second upper panels are sized and dimensioned to overlap to define an overlap region that intersects the at least one upper seam at two locations,

the at least one side panel defines at least one side wall, and

the first and second upper panels define a fill opening in the upper wall;

US 10,087,647 B2

27

28

forming at least one lower seam to join the lower panel to the at least one side panel to form a lower wall;

securing a first closure panel to the first upper panel within the overlap region;

securing a second closure panel to the second upper panel within the overlap region;

engaging the first closure panel with the second closure panel to detachably attach the first and second upper panels within the overlap region to arrange the container in a closed configuration in which access to the interior chamber through the fill opening is substantially prevented and

disengaging the first closure panel from the second closure panel to detach the first and second upper panels within the overlap region to arrange the container in an open configuration in which access to the interior chamber through the fill opening is allowed.

\*   \*   \*   \*   \*

## (12) EX PARTE REEXAMINATION CERTIFICATE (194th)
## Ex Parte Reexamination Ordered under 35 U.S.C. 257

# United States Patent
North et al.

(10) **Number:**  US 10,087,647 C1
(45) **Certificate Issued:**  *Jun. 23, 2021

(54) **WEIGHT SYSTEMS AND METHODS STABILIZING OBJECTS**

(71) Applicant: **Premier Tents, Inc.**, Bellingham, WA (US)

(72) Inventors: **Robert Wallace North**, Bellingham, WA (US); **Paula Kay North**, Bellingham, WA (US)

(73) Assignee: **PREMIER TENTS, INC.**, Bellingham, WA (US)

**Supplemental Examination Request:**
No. 96/000,338, Sep. 17, 2020

**Reexamination Certificate for:**
Patent No.: **10,087,647**
Issued: **Oct. 2, 2018**
Appl. No.: **15/273,494**
Filed: **Sep. 22, 2016**

( * ) Notice: This patent is subject to a terminal disclaimer.

### Related U.S. Application Data

(60) Provisional application No. 62/390,096, filed on Mar. 21, 2016.

(51) **Int. Cl.**
*E04H 12/22* (2006.01)
*A45B 23/00* (2006.01)
*A45B 25/14* (2006.01)

(52) **U.S. Cl.**
CPC ......... *E04H 12/2246* (2013.01); *A45B 23/00* (2013.01); *A45B 2023/0012* (2013.01); *A45B 2023/0031* (2013.01); *A45B 2023/0037* (2013.01); *A45B 2025/146* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the supplemental examination proceeding and the resulting reexamination proceeding for Control Number 96/000,338, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Patricia L Engle

(57) **ABSTRACT**

A weight system for supporting a free-standing object comprising first and second upper panels, a least one side panel, a lower panel, and a closure system. The panels are joined to define an upper wall and at least side wall, with the first and second upper panels defining a fill opening in the upper wall and a container defining an interior chamber. The closure system is arranged to allow the container to be configured in a closed configuration in which access to the interior chamber through the fill opening is substantially prevented and an open configuration in which access to the interior chamber through the fill opening is allowed.



US 10,087,647 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the
patent, but has been deleted and is no longer a part of the
patent; matter printed in italics indicates additions made
to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

Claims **3**, **4**, **6**, **18**, **19**, **21** and **24-27** are cancelled.

Claims **1**, **5**, **12**, **16**, **20**, **22** and **30** are determined to be
patentable as amended.

Claims **2**, **7-11**, **13-15**, **17**, **23**, **28** and **29**, dependent on an
amended claim, are determined to be patentable.

**1**. A weight system for supporting a free-standing object,
comprising:
 first and second upper panels;
 a least one side panel;
 a lower panel;
 at least one upper seam that joins the first and second
  upper panels to the at least one side panel such that
  the first and second upper panels define an upper wall,
  the first and second upper panels overlap to define an
  overlap region that intersects the at least one upper
  seam at two locations,
  the at least one side panel defines at least one side wall,
  and
  the first and second upper panels define a fill opening
  in the upper wall;
 at least one lower seam that joins the lower panel to the
  at least one side panel to form a lower wall; [and]
 *a first lateral stitch extending between first and second
  intersecting points in the overlap region, a second
  lateral stitch extending between third and fourth inter-
  secting points in the overlap region, and wherein the
  overlap region lies between the first and second lateral
  stitches;*
 *a first end stitch extending between the first and second
  lateral stitches and a second end stitch extending
  between first and second lateral stitches, wherein the
  first and second end stitches join at least a portion of
  the first and second upper wall panels together;* and
 a closure system comprising a first closure panel and a
  second closure panel, where the first and second clo-
  sure panels are secured to the first and second upper
  panels, respectively, within the overlap region;
 the first and second upper panels, the at least one side
  panel, the lower panel, the at least one upper seam, and
  the at least one lower seam form a container defining an
  interior chamber;
 the closure system is arranged to allow the container to be
  configured in
  a closed configuration in which access to the interior
   chamber through the fill opening is substantially
   prevented, and
  an open configuration in which access to the interior
   chamber through the fill opening is allowed;
 when the container is in the closed configuration, the first
  closure panel engages the second closure panel to
  detachably attach the first and second upper panels
  within the overlap region; and

**2**

when the container is in the open configuration, at least a
 portion of the first closure panel is detachably attached
 from at least a portion of the second closure panel such
 that the fill opening is defined between the first and
 second upper panels within the overlap region.

**5**. A weight system as recited in claim [**4**] *1*, in which:
 the first and second lateral stitches join the first and
  second panels together within end portions of the
  overlap region; and
 the first and second lateral stitches do not join the first and
  second panels together within a central portion of the
  overlap region such that the fill opening is formed
  between the first and second panels within the central
  portion of the overlap region.

**12**. A weight system for supporting a free-standing object,
comprising:
 a plurality of containers, where each container comprises:
  first and second upper panels;
  a least one side panel;
  a lower panel;
  at least one upper seam that joins the first and second
   upper panels to the at least one side panel such that
   the first and second upper panels define an upper
   wall,
  the first and second upper panels overlap to define an
   overlap region that intersects the at least one upper
   seam at two locations,
  the at least one side panel defines at least one side
   wall, and
  the first and second upper panels define a fill opening
   in the upper wall;
  at least one lower seam that joins the lower panel to the
   at least one side panel to form a lower wall; wherein
  the first and second upper panels, the at least one side
   panel, the lower panel, the at least one upper seam,
   and the at least one lower seam form a container
   defining an interior chamber; [and]
  *a first end stitch and a second end stitch, wherein the
   first and second end stitches join at least a portion of
   the first and second upper wall panels together; and*
  a closure system comprising a first closure panel and
   a second closure panel*, located between the first
   and second end stitches*, where the first and sec-
   ond closure panels are secured to the first and
   second upper panels, respectively, within the over-
   lap region*, by a first lateral stitch extending
   between first and second intersection points and
   second lateral stitch extending between third and
   fourth intersection points*; wherein
 the closure systems are arranged to allow the containers to
  be configured in
  a closed configuration in which access to the interior
   chambers through the fill openings is substantially
   prevented, and
  an open configuration in which access to the interior
   chambers through the fill openings is allowed; and
 when the container is in the closed configuration, the first
  closure panel engages the second closure panel to
  detachably attach the first and second upper panels
  within the overlap region; and
 when the container is in the open configuration, at least a
  portion of the first closure panel is detachably attached
  from at least a portion of the second closure panel such
  that the fill opening is defined between the first and
  second upper panels within the overlap region.

**16**. A weight container assembly for supporting a free-
standing object, comprising:

US 10,087,647 C1

**3**

first and second upper panels;

outer and inner side panels;

a lower panel;

at least one upper seam that joins the first and second upper panels to the outer and inner side panels such that
   the first and second upper panels define an upper wall and a fill opening in the upper wall,
   the first and second upper panels are sized and dimensioned to overlap to define an overlap region that intersects the at least one upper seam at two locations, where the fill opening is accessed through the overlap region,
   the outer side panel defines an outer side wall, and
   the inner side panel defines an inner side wall;

a lower seam that joins the lower panel to the outer and inner side panels to form a lower wall; [and]

*a first lateral stitch extending between first and second intersecting points in the overlap region, a second lateral stitch extending between third and fourth intersecting points in the overlap region;*

*a first end stitch extending between the first and second lateral stitches and a second end stitch extending between third and fourth lateral stitches, and wherein the first and second end stitches join at least a portion of the first and second upper wall panels together, and wherein at least a portion of the overlap region lies between the first and second end stitches; and*

a closure system comprising a first closure panel and a second closure panel, where the first and second closure panels are secured to the first and second upper panels, respectively, within the overlap region; wherein

the first and second upper panels, the outer and inner side panels, the lower panel, the at least one upper seam, and the at least one lower seam form a container defining an interior chamber;

the upper wall, lower wall, and inner side wall are configured to define a through hole of the container;

the closure system is arranged to allow the container to be configured in
   a closed configuration in which access to the interior chamber through the fill opening is substantially prevented, and
   an open configuration in which access to the interior chamber through the fill opening is allowed;

when the container is in the closed configuration, the first closure panel engages the second closure panel to detachably attach the first and second upper panels within the overlap region; and

when the container is in the open configuration, at least a portion of the first closure panel is detachably attached from at least a portion of the second closure panel such that the fill opening is defined between the first and second upper panels within the overlap region.

**20**. A weight container assembly as recited in claim [19] *16*, in which:

the first and second lateral stitches join the first and second panels together within end portions of the overlap region; and

the first and second lateral stitches do not join the first and second panels together within a central portion of the overlap region such that the fill opening is formed between the first and second panels within the central portion of the overlap region.

**22**. A weight container assembly for supporting a free-standing object, comprising:

first and second upper panels;

a side panel;

**4**

a lower panel;

at least one upper seam that joins the first and second upper panels to the side panel such that
   the first and second upper panels define an upper wall and a fill opening in the upper wall,
   the first and second upper panels are sized and dimensioned to overlap to define an overlap region that intersects the at least one upper seam at two locations, where the fill opening is accessed through the overlap region, and
   the side panel defines a side wall;

a lower seam that joins the lower panel to the side panel to form a lower wall; [and]

*a first lateral stitch extending between first and second intersecting points in the overlap region, a second lateral stitch extending between third and fourth intersecting points in the overlap region, wherein the first and second lateral stitches join at least a portion of the first and second panels together within end portions of the overlap region, and the first and second lateral stitches do not join the first and second panels together within a central portion of the overlap region such that the fill opening is formed between the first and second panels within the central portion of the overlap region;*

*a first end stitch extending between the first and second lateral stitches and a second end stitch extending between first and second lateral stitches, wherein the first and second end stitches join at least a portion of the first and second upper wall panels together and wherein the fill opening lies between the first and second end stitches; and*

a closure system comprising a first closure panel and a second closure panel, where the first and second closure panels are secured to the first and second upper panels, respectively, within the overlap region; wherein

the first and second upper panels, the side panel, the lower panel, the at least one upper seam, and the at least one lower seam form a container defining an interior chamber;

the side panel defines a side wall of the container;

the upper wall, lower wall, and side wall are configured to define a notch of the container;

the closure system is arranged to allow the container to be configured in
   a closed configuration in which access to the interior chamber through the fill opening is substantially prevented, and
   an open configuration in which access to the interior chamber through the fill opening is allowed;

when the container is in the closed configuration, the first closure panel engages the second closure panel to detachably attach the first and second upper panels within the overlap region; and

when the container is in the open configuration, at least a portion of the first closure panel is detachably attached from at least a portion of the second closure panel such that the fill opening is defined between the first and second upper panels within the overlap region.

**30**. A method of supporting a free-standing object comprising the steps of:

providing first and second upper panels;

providing a least one side panel;

providing a lower panel;

forming a container defining an interior chamber by
   forming at least one upper seam to join the first and second upper panels to the at least one side panel such that

US 10,087,647 C1

**5**

the first and second upper panels define an upper wall,

the first and second upper panels are sized and dimensioned to overlap to define an overlap region that intersects the at least one upper seam at two locations,

the at least one side panel defines at least one side wall, and

the first and second upper panels define a fill opening in the upper wall;

forming at least one lower seam to join the lower panel to the at least one side panel to form a lower wall;

securing a first closure panel to the first upper panel, *by a first lateral stitch* within the overlap region;

securing a second closure panel to the second upper panel, *by a second lateral stitch,* within the overlap region;

*securing at least a portion of the first upper wall panel to the second upper wall panel, within the overlap region,*

**6**

*by a first end stitch extending between the first and second lateral stitches and a second end stitch extending between first and second lateral stitches, and wherein the fill opening lies between the first and second end stitches; and*

engaging the first closure panel with the second closure panel to detachably attach the first and second upper panels within the overlap region to arrange the container in a closed configuration in which access to the interior chamber through the fill opening is substantially prevented and

disengaging the first closure panel from the second closure panel to detach the first and second upper panels within the overlap region to arrange the container in an open configuration in which access to the interior chamber through the fill opening is allowed.

\*   \*   \*   \*   \*