# Ex.

# B

US011248391B2

(12) **United States Patent**
North et al.

(10) Patent No.: **US 11,248,391 B2**
(45) Date of Patent: ***Feb. 15, 2022**

(54) **WEIGHT SYSTEMS AND METHODS STABILIZING OBJECTS**

(71) Applicant: **Premier Tents, Inc.**, Bellingham, WA (US)

(72) Inventors: **Robert Wallace North**, Bellingham, WA (US); **Paula Kay North**, Bellingham, WA (US)

(73) Assignee: **PREMIER TENTS, INC.**, Bellingham, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/860,815**

(22) Filed: **Apr. 28, 2020**

(65) **Prior Publication Data**

US 2020/0256080 A1    Aug. 13, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 16/578,054, filed on Sep. 20, 2019, now Pat. No. 10,633,882, which is a continuation of application No. 16/216,810, filed on Dec. 11, 2018, now Pat. No. 10,472,846, which is a continuation of application No. 15/461,160, filed on Mar. 16, 2017, now Pat. No. 10,151,121, which is a
(Continued)

(51) **Int. Cl.**
| | |
|---|---|
| *E04H 12/22* | (2006.01) |
| *A45B 23/00* | (2006.01) |
| *A45B 25/14* | (2006.01) |

(52) **U.S. Cl.**
CPC ......... ***E04H 12/2246*** (2013.01); ***A45B 23/00*** (2013.01); *A45B 2023/0012* (2013.01); *A45B 2023/0031* (2013.01); *A45B 2023/0037* (2013.01); *A45B 2025/146* (2013.01)

(58) **Field of Classification Search**
CPC ............ A45B 2023/0012; A45B 25/22; E04H 12/2246; Y10S 248/91
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,216,681 A | * | 11/1965 | Tagliavia | E04H 12/2246 248/529 |
| 4,296,693 A | * | 10/1981 | Archer | E04H 12/2246 108/28 |

(Continued)

OTHER PUBLICATIONS

Treasure Garden Videos, 50lb Market Base and 30lb Add-on Weight, https://www.youtube.com/watch?v=-_W5J3pNzPo, Jun. 16, 2011, 1 page.

(Continued)

*Primary Examiner* — Bradley Duckworth
(74) *Attorney, Agent, or Firm* — Schacht Law Office, Inc.; Michael R. Schacht

(57) **ABSTRACT**

A weight system for containing fill material for supporting a free-standing object, comprising a container defining an interior chamber adapted to contain the fill material and a closure system. The closure system is arranged to allow the container to be configured in a closed configuration and an open configuration. Fill material is arranged within the interior chamber when the container is in the open configuration.

**16 Claims, 11 Drawing Sheets**



## US 11,248,391 B2
Page 2

### Related U.S. Application Data

continuation of application No. 15/273,494, filed on Sep. 22, 2016, now Pat. No. 10,087,647.

(60) Provisional application No. 62/390,096, filed on Mar. 21, 2016.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,486,016 | A  * | 12/1984 | Rubin | A63B 69/24 482/90 |
| 4,832,163 | A  * | 5/1989 | Levesque | A45B 3/00 108/14 |
| 5,169,111 | A  * | 12/1992 | Dunaj | A45B 25/24 248/523 |
| 5,452,877 | A  * | 9/1995 | Riffle | E04H 12/2246 248/511 |
| 6,554,012 | B2 * | 4/2003 | Patarra | A45B 3/00 135/16 |
| 6,889,953 | B2 * | 5/2005 | Harbaugh | E04H 12/2246 135/16 |
| 6,986,496 | B2 * | 1/2006 | Roberts | E04H 12/2246 248/519 |
| 8,047,217 | B1 * | 11/2011 | Schermerhorn, Jr. | E04H 12/2215 135/118 |
| 8,556,141 | B1 * | 10/2013 | Ferraiolo | A45B 25/22 224/190 |
| 8,783,274 | B1 * | 7/2014 | Supino | A47G 25/12 135/16 |
| 8,789,549 | B1 * | 7/2014 | Barnes | E04H 15/62 135/118 |
| 8,931,749 | B2 * | 1/2015 | Vetesnik | A62B 35/0068 248/523 |
| 9,540,840 | B2 * | 1/2017 | Ma | E04H 12/2269 |
| 10,087,647 | B2 * | 10/2018 | North | E04H 12/2246 |
| 10,151,121 | B2 * | 12/2018 | North | E04H 12/2246 |
| 10,472,846 | B2 * | 11/2019 | North | E04H 12/2246 |
| 10,633,882 | B2 * | 4/2020 | North | E04H 12/2246 |
| 2004/0069922 | A1 * | 4/2004 | Wu | E04H 12/2246 248/519 |
| 2012/0011773 | A1 * | 1/2012 | Cross | A01G 9/0291 47/65.8 |
| 2013/0092283 | A1 * | 4/2013 | Votel | E04H 12/2246 141/10 |
| 2015/0090307 | A1 * | 4/2015 | Supino | A45B 3/00 135/15.1 |
| 2015/0159394 | A1 * | 6/2015 | Oliveira | E04H 12/2246 135/15.1 |
| 2015/0320161 | A1 * | 11/2015 | Perry | A45B 25/00 248/533 |
| 2015/0330613 | A1 * | 11/2015 | Louden | B65D 25/00 362/410 |
| 2017/0101799 | A1 * | 4/2017 | Koerner | A01G 9/04 |
| 2017/0130481 | A1 * | 5/2017 | Pozybill | E04H 12/2246 |

### OTHER PUBLICATIONS

Instant Shade Umbrella, Aurora Umbrella Weighted Base Assembly 1080p, https://www.youtube.com/watch?v=zLALNAQoXfk, Jun. 30, 2015, 1 page.
Authenteak Outdoor Living, 0lb Market Base and Add-on Weight, https://www.youtube.com/watch?v=cOE0Qk4VxY8&list=PL2mjuUN2QMkoyPbIKNdzaZYv8F0QILtUV, 1 page.
Backyard City, Beach Umbrella and Fishing Anchors, https://www.youtube.com/watch?v=YtNjixABxyc, Feb. 2, 2012, 1 page.
Peggi G, How to make an outdoor umbrella stand, https://www.youtube.com/watch?v=6Qz0G-fYMeU, Aug. 4, 2014, 1 page.
Concrete Exchange, Make a Concrete Umbrella Stand from an Ikea Lamp Shade, https://www.youtube.com/watch?v=IZ9IhbMWMng, Mar. 28, 2013, 1 page.
The Orange Door, Umbrella Stand Flower Bed, http://theorangedoor-debrasdish.blogspot.com/2014/04/umbrella-stand-flower-bed.html, 2 pages.
Freeport Park, Alapaha Resin Free Standing Umbrella Base, https://www.wayfair.com/outdoor/pdp/freeport-park-alapaha-resin-free-standing-umbrella-base-w000167187.html?piid=, 5 pages.
0Verified Mom, How to create a unique DIY umbrella stand!, https://www.verifiedmom.com/how-to-create-a-unique-diy-umbrella-stand/?v=32aec8db952d, 9 pages.
Jadeflower, Made in the Shade—a unique planter pot Umbrella Stand, https://jadeflower.wordpress.com/2011/07/01/made-in-the-shade-a-unique-planter-pot-umbrella-stand/, Jul. 1, 2011, 11 pages.
Firebuilt Umbrellas, 55 lb. Concrete Patio Umbrella Base in Black, https://www.homedepot.com/p/Fiberbuilt-Umbrellas-55-lb-Concrete-Patio-Umbrella-Base-in-Black-CB19K/203018451, 6 pages.
No Title, 来料加工生产 花岗岩庭院户外 伞伞固家具基座 红色太阳伞底座 阿里巴巴, , https://m.1688.com/offer/566673251071.html?spm=a261b.7662792.1998744630.22, 12 pages.
Gardenista, DIY: Rock Weights for a Sun Shade, https://www.gardenista.com/posts/diy-rock-weights-for-a-sun-shade/, Jun. 2, 2020, 6 pages.
Lynda Makara, Get rid of gophers with a gopher fence, https://lyndamakara.com/category/home-garden/landscaping/, Jun. 16, 2016, 46 pages.
Darby Home Co, Windell 11' Cantilever Umbrella, 2 pages.
Everything Backyard, DIY Patio Umbrella Stand: 4 Suggestions, https://everythingbackyard.net/diy-patio-umbrella-stand/, 13 pages.
Cobana, Plastic Patio Umbrella Sand Filled Base, https://www.farmgardensuperstore.com/product/cobana-offset-patio-umbrella-base-sand-filled-set-pack-of-4-square/, 2 pages.
Corliving, Patio Umbrella Base Weights, https://www.homedepot.ca/product/corliving-patio-umbrella-base-weights/1001041748, 5 pages.
Cboner, Cell Phonea8, https://www.amazon.com/umbrella-resistant-searching-portable-feeders/dp/B00CGE3Z12?SubscriptionId=AKIAJM4NKIQGABP2PIRA&tag=thewire06-20&linkCode=xm2&camp=2025&creative=165953&creativeASIN=B00CGE3Z12&ascsubtag=WC31783, 7 pages.
Jennifer Perkins, Trendy Stenciled Cinderblock Pool Umbrella Weight and Planter, https://jenniferperkins.com/stenciled-cinderblock-pool-umbrella-weight-diy/, 12 pages.
US Weight, US Weight 50 Pound Umbrella Base, https://www.amazon.com/Weight-Pound-Umbrella-Colors-Available/dp/B0041G6V5W?th=1, 9 pages.
Pier 1, Umbrella Stand on Wheels, https://www.pier1.com/—umbrella-stand-on-wheels/2526804.html, 3 pages.
Greencorner, 60 lbs Low Profile Umbrella Base, https://greencorner.com/bases/lowprofile/b22/, 1 page.
Premier Tents, History of the Premier Tent Umbrella Weight Bag, 2005-2014, 5 pages.
Foster Garvey PC/Premier Tents, Inc., Request for Supplemental Examination Transmittal Form, Control No. 90/000,337, 210317-14000, Aug. 26, 2020, 150 pages.
USPTO, Notice of Non-Compliant Supplemental Examination Request, Control No. 90/000,337, 210317-14000, Sep. 2, 2020, 5 pages.
Foster Garvey PC/Premier Tents, Inc., Corrected Request for Supplemental Examination Transmittal Form, Control No. 90/000,337, 210317-14000, Sep. 17, 2020, 66 pages.
Foster Garvey PC/Premier Tents, Inc., Declaration of Robert Wallace North, Control No. 90/000,337, 210317-14000, Sep. 17, 2020, 2 pages.
USPTO, Reasons for Determination of Substantial New Question of Patentability, Control No. 90/000,337, 210317-14000, Oct. 7, 2020, 11 pages.
USPTO, Supplemental Examination Certificate, Control No. 90/000,337, 210317-14000, Oct. 7, 2020, 2 pages.
USPTO, Ex Parte Reexamination Ordered Pursuant to 35 U.S.C 257, Control No. 90/000,337, 210317-14000, Oct. 9, 2020, 2 pages.
USPTO, Office Action in Ex Parte Reexamination, Control No. 90/000,337, 210317-14000, dated Oct. 23, 2020, 18 pages.
Foster Garvey PC/Premier Tents, Inc., Response to Non-Final Office Action in Ex-Parte Reexamination, Control No. 90/000,337, 210317-14000, dated Dec. 22, 2020, 38 pages.

**US 11,248,391 B2**

Page 3

(56)　　　　　**References Cited**

OTHER PUBLICATIONS

Foster Garvey PC/Premier Tents, Inc., Request for Supplemental Examination Transmittal Form, Control No. 90/000,338, 210317-14001, Aug. 26, 2020, 71 pages.
USPTO, Notice of Noncompliant Supplemental Examination Request, Control No. 90/000,338, 210317-14001, Sep. 2, 2020, 5 pages.
Foster Garvey PC/Premier Tents, Inc., Declaration of Robert Wallace North, Control No. 90/000,338, 210317-14001, Sep. 17, 2020, 2 pages.
Foster Garvey PC/Premier Tents, Inc., Corrected Request for Supplemental Examination Transmittal Form, Control No. 90/000,338, 210317-14001, Sep. 17, 2020, 108 pages.
USPTO, Supplemental Examination Certificate, Control No. 90/000,338, 210317-14001, Oct. 7, 2020, 2 pages.
USPTO, Reasons for Determination of Sustantial New Question of Patentability, Control No. 90/000,338, 210317-14001, Oct. 7, 2020, 11 pages.
USPTO, Ex Parte Reexamination Ordered Pursuant to 35 U.S.C 257, Control No. 90/000,338, 210317-14001, Oct. 9, 2020, 2 pages.
USPTO, Office Action in Ex Parte Reexamination, Control No. 90/000,338, 210317-14001, dated Oct. 23, 2020, 19 pages.
Foster Garvey PC/Premier Tents, Inc., Response to Non-Final Office Action in Ex-Parte Reexamination, Control No. 90/000,338, 210317-14001, dated Dec. 21, 2020, 45 pages.
Premier Tents, Premier Tents Generation 1 Square Umbrella Stand Weight Bag ("Gen1 Square"); first produced around 2005 and

depicted in a Sep. 15, 2014 Youtube Video available at https://www.youtube.com/watch?v=8c4Qn1nHELk, 11 pages.
Shademobile, RU22-6000 Rolling Umbrella Base ("ShadeMobile"); on sale prior to 2016. The base is depicted in a Jan. 5, 2012 YouTube video.  URL=https://www.youtube.com/watch?v=W_0TXr8B3BA, 2 pages.
U.S. Pat. No. 10,633,882 and Terminal Disclaimer, 30 pages.
Premier Tents Generation 1 Square Umbrella Stand Weight Bag ("Gen1 Square"), 12 pages.
Premier Tents Generation 1 Round Umbrella Stand Weight Bag ("Gen1 Round"), 8 pages.
Nikou Round Water Weight Bag ("Nikou"), 11 pages.
LB International 32" Offset Outdoor Patio Umbrella Base ("LB International"), 5 pages.
ShadeMobile RU22-6000 Rolling Umbrella Base ("ShadeMobile"), 4 pages.
Patio Living Concepts 261 Unweighted Umbrella Stand ("Patio Living"), 5 pages.
TradeMark Innovations Synthetic Fiber Saddlebag ("TradeMark Innovations"), 6 pages.
Westin Furniture 4-Piece Universal Cross Brace Umbrella Weights ("Westin"), 4 pages.
Oakland Living Polyresin Free-Standing Umbrella Stand ("Oakland"), 13 pages.
Oxford Garden 40-lb. Market Patio Umbrella Stand ("Oxford"), 6 pages.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3

FIG. 4



FIG. 5



FIG. 6

FIG. 7



FIG. 8



FIG. 8A



FIG. 9A



FIG. 9B





FIG. 12



FIG. 13



FIG. 14

FIG. 15





FIG. 19



FIG. 20



FIG. 21



US 11,248,391 B2

1

## WEIGHT SYSTEMS AND METHODS STABILIZING OBJECTS

### RELATED APPLICATIONS

This application, U.S. patent application Ser. No. 16/860,815 filed Apr. 28, 2020 is a continuation of U.S. patent application Ser. No. 16/578,054 filed Sep. 20, 2019, now U.S. Pat. No. 10,633,882, which issued on Apr. 28, 2020.

U.S. patent application Ser. No. 16/578,054 is a continuation of U.S. patent application Ser. No. 16/216,810 filed Dec. 11, 2018, now U.S. Pat. No. 10,472,846, which issued on Nov. 12, 2019.

U.S. patent application Ser. No. 16/216,810 is a continuation of U.S. patent application Ser. No. 15/461,160 filed Mar. 16, 2017, now U.S. Pat. No. 10,151,121 which issued on Dec. 11, 2018.

U.S. patent application Ser. No. 15/461,160 is a continuation of U.S. patent application Ser. No. 15/273,494 filed Sep. 22, 2016, now U.S. Pat. No. 10,087,647, which issued on Oct. 2, 2018.

U.S. patent application Ser. No. 15/273,494 claims benefit of U.S. Provisional Application Ser. No. 62/390,096, filed on Mar. 21, 2016.

The contents of all applications listed above are incorporated herein by reference.

### TECHNICAL FIELD

The present invention relates to free-standing objects and, more specifically, to weight systems and methods for counteracting tipping forces on portable, free-standing objects.

### BACKGROUND

The present invention is of particular significance when applied to umbrella systems, and that application of the present invention will be described herein in detail. However, the principles of the present invention may be applied to other portable, free-standing objects such as patio heaters, patio lighting, traffic or construction cones, and the like. The scope of the present invention should thus be determined based on the claims appended hereto and not the following detailed descriptions of examples of the present invention as applied to free-standing umbrellas.

Umbrellas have long been used to provide protection from sun or rain. At its most basic, an umbrella typically comprises a pole, a canopy rods supported by the pole, and a canopy supported by the canopy rods. The canopy rods are typically pivotably supported by the pole such that the umbrella may be reconfigured from a storage configuration in which the canopy rods are parallel to the pole and a use configuration in which the canopy rods radially extend from the pole. A form factor of the canopy in the storage configuration is much smaller than in the use configuration. Certain umbrellas further comprise a collapsible pole that allows an effective length of the umbrella to be altered between the storage configuration and the use configuration.

While many umbrellas are designed to be carried when in the use configuration, one class of umbrellas, referred to herein as free-standing umbrellas, is designed to be supported by the ground. Free-standing umbrellas are commonly used to provide protection from rain or sun on outdoor patios and seating areas for commercial bistros and the like.

The pole of a free-standing umbrella is designed to engage the ground directly or to be supported by a base that

2

in turn engages the ground. In either scenario, the umbrella is supported by the ground rather than carried. The manner in which the pole and/or base engage the ground should also counteract tipping forces applied to the umbrella during normal use.

To support a free-standing umbrella in an upright position, the pole may be driven, augered, or otherwise inserted into the ground at a desired location. More commonly, however, a weighted base is provided that is supported on top of the ground. The umbrella pole is inserted into a base stem, and the weight of the base is intended to act on the pole through the stem to prevent tipping of the umbrella during normal use.

The base is often made out of a heavy material such as stone. To minimize shipping costs, the base may take the form of a hollow container that may be shipped empty and filled with a material such as sand or water at the time of use. However, the weight of a conventional base is insufficient to prevent tipping of the umbrella in many situations, such as during heavy winds.

To supplement the weight of the base of a conventional free-standing umbrella, additional weighted material may be placed on top of the base. For example, flexible fabric containers that may be manufactured and shipped inexpensively may be filled with sand at the point of installation of the umbrella and placed on top of the umbrella base.

The need exists for improved fabric containers for providing supplemental weight to a conventional umbrella base.

### SUMMARY

The present invention may be embodied as a weight system for containing fill material for supporting a free-standing object comprising a container and a closure system. The container defines an interior chamber adapted to contain the fill material and comprises first and second upper wall panels made of flexible fabric. The second upper wall panel is supported relative to the first upper wall panel to define a fill opening sized and configured to allow fill material to be introduced into the interior chamber. The closure system comprising first and second closure portions. The first closure portion is configured to be engaged with the second closure portion to arrange the closure system in a closed configuration. The first closure portion is configured to be at least partly disengaged from the second closure portion to arrange the closure system in an open configuration. The first closure portion is supported by the first upper wall panel to define a first side of the fill opening. The second closure portion is supported by the second upper wall panel to define a second side of the fill opening. With the closure system arranged in the closed configuration, fill material is substantially prevented from passing through the fill opening. With the closure system arranged in the open configuration, fill material may pass through the fill opening. The first and second wall panels support the first and second closure portions, respectively, such that the closure system is arranged above fill material within the interior chamber of the container and at least one of the first and second upper wall panels may be displaced in a direction away from fill material within the interior chamber when the closure system is in the open configuration to facilitate passing of fill material through the fill opening.

The present invention may also be embodied as a weight system for containing fill material for supporting a free-standing object comprising a container and a closure system. The container defines an interior chamber adapted to contain the fill material. The container comprises a plurality of walls

US 11,248,391 B2

3

made of flexible fabric. At least one wall is an upper wall configured such that displacement of at least a portion of the upper wall defines a fill opening. The closure system comprises first and second closure portions. The first closure portion is arranged to define a first side of the fill opening. The second closure portion is arranged to define a second side of the fill opening. The closure system is arranged to allow the container to be configured in a closed configuration and an open configuration. In the closed configuration, the first closure portion engages the second closure portion substantially to prevent access to the interior chamber through the fill opening. In the open configuration, the first closure portion is disengaged from the second closure portion to allow access to the interior chamber through the fill opening. When the flexible fabric defining the upper wall is substantially planar, the fill opening and the closure system defined by the first and second closure portions are substantially within a plane defined by the upper wall. The upper wall is displaced relative to the side wall to reconfigure the container between the open configuration and the closed configuration in a direction away from fill material within the interior chamber of the container.

The present invention may be embodied as a weight system for containing fill material to support a free-standing object comprising a flexible lower wall, a flexible upper wall, and a closure system. The flexible upper wall comprises at least a first upper wall panel and a second upper wall panel. The closure system comprising first and second closure portions. The first closure portion is operatively connected to the first upper wall panel. The second closure portion is operatively connected to the second upper wall panel. The upper wall and the lower wall are joined to form a container defining an interior chamber and a fill opening. The closure system is arranged to allow the container to be configured in a closed configuration and an open configuration. In the closed configuration, the first closure portion is arranged on a first side of the fill opening, the second closure portion is arranged on a second side of the fill opening, and the first closure portion engages the second closure portion substantially to prevent access to the interior chamber through the fill opening. In the open configuration, the first closure portion is disengaged from the second closure portion to allow access to the interior chamber through the fill opening. The closure system is supported at least in part by the upper wall such that fill material within the interior chamber is below the closure system. The flexible upper wall is configured such that at least an overlap portion of the flexible upper wall is arranged over the first and second closure portions when the closure system is in the closed configuration. The closure system and the overlap portion inhibit passage of the fill material from the interior chamber through the fill opening when the closure system is in the closed configuration.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a front elevation view of a first example weight system illustrated with a first example umbrella system;

FIG. 2 is a section view taken along lines 2-2 in FIG. 1;

FIG. 3 is a side elevation view of the first example weight system illustrated with a second example umbrella system;

FIG. 4 is a section view taken along lines 4-4 in FIG. 3;

FIG. 5 is a top plan view of the first example weight system;

FIG. 6 is a section view taken along lines 6-6 in FIG. 5;

FIG. 7 is a detail of a portion of FIG. 6;

FIG. 8 is a section view taken along lines 8-8 in FIG. 5;

4

FIG. 8A is a detail of a portion of FIG. 8;

FIG. 9A is a section view taken along lines 9A-9A in FIG. 5 illustrating the first example weight container of the first example weight system in a closed configuration;

FIG. 9B is a section view similar to FIG. 9A illustrating the first example weight container of the first example weight system in an open configuration;

FIG. 10 is a top plan view of a second example weight system;

FIG. 11 is a front elevation view of the second example weight system;

FIG. 12 is a section view taken along lines 12-12 in FIG. 10;

FIG. 13 is a detail of a portion of FIG. 12;

FIG. 14 is a section view taken along lines 14-14 in FIG. 10 illustrating a second example weight container of the second example weight system in a closed configuration;

FIG. 15 is a section view similar to FIG. 14 illustrating the second example weight container of the second example weight system an open configuration;

FIG. 16 is a top plan view of a third example weight system;

FIG. 17 is a front elevation view of the third example weight system;

FIG. 18 is a section view taken along lines 18-18 in FIG. 16;

FIG. 19 is a top plan view of a fourth example weight system;

FIG. 20 is a first side elevation view of a first example weight container of the fourth example weight system; and

FIG. 21 is a second side elevation view of the first example weight container the fourth example weight system.

DETAILED DESCRIPTION

The present invention may be embodied in several different forms, and several examples of different embodiments of the present invention will be separately described herein.

I. First Embodiment

Referring initially to FIGS. 1-4 of the drawing, depicted therein is a first example weight system 20 constructed in accordance with, and embodying, the principles of the present invention. In FIGS. 1 and 2, the first example weight system 20 is shown being used to stabilize a first example umbrella system 22. In FIGS. 3 and 4, the first example weight system 20 is shown being used to stabilize a second example umbrella system 24.

As shown 5-9, the details of the first example weight system 20 will be described in further detail. The first example weight system 20 comprises a weight container 30 defining an upper wall 32, a lower wall 34, an outer side wall 36, and an inner side wall 38. The example upper and lower walls 32 and 34 are flat and disc-shaped, while the outer and inner side walls 36 and 38 are cylindrical. The first example weight system 20 further defines a through hole 40 and an interior chamber 42. A fill opening 44 is formed in the upper wall 32 through which fill material 46 is placed into the interior chamber 42.

The first example weight system 20 comprises first and second upper panels 50a and 50b defining the upper wall 32, a lower panel 52 defining the lower wall 34, an outer side panel 54 defining the outer side wall 36, and an inner side panel 56 defining the inner side wall 38. The example panels 50a, 50b, 52, 54, and 56 are made of a flexible fabric capable

US 11,248,391 B2

5

of containing the fill material **46** and bearing the weight fill material **46** when the weight container **30** is filled with the fill material **46** as will be described in further detail herein. The example first and second upper panels **50***a* and **50***b* are joined to the outer side panel **54** by a first upper seam **60**. The example first and second upper panels **50***a* and **50***b* are joined to the inner side panel **56** by a second upper seam **62**. The example lower panel **52** is joined to the outer side panel **54** by a first lower seam **64**. The example lower panel **52** is also joined to the inner side panel **56** by a second lower seam **66**. A first vertical seam **68***a* joins ends of the outer panel **54** to form the outer side wall **36**, and a second vertical seam **68***b* joins ends of the inner panel **56** to form the inner side wall **38**.

The example first upper panel **50***a* defines an axial hole. A first outer edge of the example first upper panel **50***a* extends partly along a first circular path defining a first diameter. An inner edge of the example first upper panel **50***a* extends along a second circular path defining a second diameter. The length of the second diameter is approximately one tenth of the length of the first diameter. An overlap edge of the example first upper panel **50***a* intersects the first circular path at first and second intersection points. The example first upper panel **50***a* extends along approximately 245 degrees of the first circular path (e.g., between the first and second intersection points defined by the first overlap edge).

The example second upper panel **50***b* defines a second outer edge that also extends partly along the first circular path. A second overlap edge defined by the example second upper panel **50***b* intersects the first circular path at third and fourth intersection points. The example second upper panel **50***b* extends along approximately 140 degrees of the first circular path (e.g., between the third and fourth intersection points defined by the second overlap edge).

Given that the example first upper panel **50***a* extends along approximately 245 degrees of the first circular path and the example second upper panel **50***b* extends along approximately 140 degrees of the first circular path, the example first and second panels **50***a* and **50***b* overlap in an overlap region **70**. The example overlap region intersects the first circular path at first and second intersection locations, with each intersecting location extending along approximately 12.5 degrees of the first circular path.

The example first and second upper panels **50***a* and **50***b* are sewn together by the first upper seam **60** within the intersecting locations. The example first and second upper panels **50***a* and **50***b* are further sewn at least partly together by first and second chord stitches **72***a* and **72***b* and first and second end stitches **74***a* and **74***b*. The example first chord stitch **72***a* extends along a line extending between the first and second intersection points, while the example second chord stitch **72***b* extends along a line extending between the second and third intersection points. The example first and second chord stitches **72***a* and **72***b* are parallel to each other. The end stitches **74***a* and **74***b* extend between the first and second chord stitches **72***a* and **72***b* at points that are approximately one fifth of the length of the chords defined by the first and second chord stitches **72***a* and **72***b* from the first and second intersection locations. The example end stitches **74***a* and **74***b* are parallel to each other.

The example chord stitches **72***a* and **72***b* and the example end stitches **74***a* and **74***b* divide the overlap region into a middle portion **76** and first and second end portions **78***a* and **78***b*. Outside of the middle portion **76**, the first and second chord stitches **72***a* and **72***b* join the first and second upper panels **50***a* and **50***b* together. Within the middle portion **76**, the chord stitches

6

**72***a* and **72***b* do not join the first and second upper panels **50***a* and **50***b* together but simply form seams to finish the edges of the first and second upper panels **50***a* and **50***b*. In particular, the example first chord stitch **72***a* forms a seam edge of the example first upper panel **50***a*, while the example second chord stitch **72***b* forms a seam edge of the example second upper panel **50***b*.

Accordingly, the first and second upper panels **50***a* and **50***b* are effectively sealed together in the first and second end portions **78***a* and **78***b*, but the fill opening **44** is defined between the first and second upper panels **50***a* and **50***b* within the middle portion **76**.

Referring now to FIGS. **8** and **8A**, it can be seen that a closure system **80** is arranged to detachably attach the first and second upper panels **50***a* and **50***b* within the middle portion **76** to close the fill opening **44**. The example closure system **80** is a hook and loop system, but other closure systems such as lacing, a zipper, or the like may be used in addition or instead. If the closure system used is not a hook and loop system (e.g., uses a zipper and/or laces), the first and second upper panels **50***a* and **50***b* need not overlap. Instead the fill opening **44** may be formed by may be joined at seams formed by edges of the respective panels **50***a* and **50***b*, with the zipper and/or laces joining the panels **50***a* and **50***b* together at the adjacent seams. However, the use of overlapping panels **50***a* and **50***b* creates a finished look that also allows the closure system (hook and loop, zipper, and/or laces) to be hidden from view during normal use of the example container **30** as part of the example weight system **20**.

The example hook and loop system forming the closure system **80** comprises a loop panel **82** secured to the first upper panel **50***a* within the middle portion **76** and a hook panel **84** secured to the second upper panel **50***b*, also within the middle portion **76**. The loop panel **82** overlaps the hook panel **84** to effectively seal the first and second upper panels **50***a* and **50***b* together. More specifically, when the loop panel **82** is attached to the hook panel **84** as shown in FIGS. **8** and **9A**, the weight container **30** is in a closed configuration in which access to the interior chamber **42** through the fill opening **44** is prevented. When the loop panel **82** is detached from the hook panel **84** as shown in FIGS. **8A** and **9B**, the weight container **30** is in an open configuration in which access to the interior chamber **42** is allowed through the fill opening **44**. The fill material **46** may be poured or otherwise passed through the fill opening **44** in the open configuration to allow the interior chamber **42** to be filled and/or emptied. A tab **86** may be secured to the first upper panel **50***a* to facilitate detachment of the hook panel **84** from the loop panel **82** and thus placement of the weight container **30** in the open configuration.

FIG. **7** illustrates a detail of the example first upper seam **60**. The detail of FIG. **7** applies to all of the example second upper seam **62**, first lower seam **64**, and second lower seam **66**, and only the example first upper seam **60** will be described herein in detail.

In particular, FIG. **7** illustrates that the example weight container **30** further comprises an edge panel **90**. As shown in FIG. **7**, the first upper panel **50***a* defines a first edge **92** and the outer side panel **54** defines a second edge **94**. To form the example first upper seam **60**, the first and second edges **92** and **94** are sewn together using a double stitch **96**. After the double stitch **96** is formed, the edge panel **90** is folded over the first and second edges **92** and **94**. The edge panel **90** is then sewn to the first and second edges **92** and **94** by a single stitch **98** that extends through one portion of the edge panel **90**, the first edge **92**, the second edge **94**, and a second

US 11,248,391 B2

7                                                                    8

portion of the edge panel 90. The edge panel 90 is formed of thick strapping or other strong, flexible fabric material capable of reinforcing the first upper seam 60 and also of inhibiting the passage of the fill material 46 out of the interior chamber 42 through this seam 60.

To fill the weight container 30, the hook panel 84 is disengaged from the loop panel 82 to place the weight container 30 in its open configuration. In this open configuration, the fill material 46 is poured or otherwise passed through the fill opening 44 until a desired amount of fill material 46 is within the interior chamber 42. During normal use of the first example weight system 20, the hook panel 84 engages the loop panel 82 substantially to prevent the fill material 46 from being displaced out of the interior chamber 42 through the fill opening 44. The weight container 30 may be arranged in a desired relationship to the item to be supported prior to introduction of the fill material 46 into the interior chamber 42 to minimize carrying of the fully loaded weight container 30.

While a number of materials may be used to satisfy the functional requirements of the example weight container 30, the following materials have been determined to provide a good balance of functionality and cost.

The material forming the example panels 50a, 50b, 52, 54, and 56 is a polyester fabric. The example polyester fabric used is a 600D×600D rip stop polyester, cross hatch ⅝" grid at 300 grams per square yard, with a PVC lining facing the interior chamber 42. This panel material is waterproof, inhibits separation along all edges of the weight container 30, and inhibits migration of the fill material 46 through the fabric forming the 50a, 50b, 52, 54, and 56.

The example thread used to form the seams 60, 62, 64, 66, 68a, and 68b, stitches 72a, 72b, 74a, 74b, 96, and 98, and to secure the loop panel 82 and hook panel 84 to the panels 50a and 50b is polyester thread. The example polyester thread is #606 polyester heavy duty thread.

The example loop panel 82 and hook panel 84 are 2.0" polyester hook and loop material (e.g., VELCRO™) class level A.

The example tab 86 is formed of polyester webbing. The polyester webbing forming the example tab 86 is 1.5" polyester webbing.

The example edge panel 90 is formed by polyester bias tape. The example polyester bias tape forming the example edge panel 90 is ⅞" polyester bias tape with flat press finish at 6.5 grams per yard.

Referring now again to FIGS. 1 and 3, the first and second example umbrella systems 22 and 24 will be described in further detail to illustrate several examples of use of the example weight systems described herein. The umbrella systems 22 and 24 are or may be conventional and are described herein only to that extent helpful to a complete understanding of the use of the present invention.

The first example umbrella system 22 comprises a base assembly 120, a pole assembly 122, and a canopy assembly 124. The base assembly 120 comprises a base structure 130, a base stem 132, and a base lock 134. The pole assembly 122 comprises a lower pole 140, an upper pole 142, a tilt assembly 144, and a crank assembly 146. The canopy assembly 124 comprises canopy rods 150 and a canopy 152 formed of flexible material.

The base structure 130 defines a lower surface that engages the ground and an upper surface. The base stem 132 extends upwards from the upper surface of the base structure 130. The lower pole 140 is received by the base stem 132. The tilt assembly 144 connects the upper pole 142 to lower pole 140 such that an angle of the upper pole 142 with

respect to the lower pole 140 may be changed. The canopy rods 150 are pivotably supported by the upper pole 142, and operation of the crank assembly 146 moves the canopy rods 150 between retracted and extended positions.

To use the first example weight system 20 to support the first example umbrella system 22, the base assembly 120 is arranged at a desired location. The weight container 30 is then arranged such that the base stem 132 of the base structure 130 extends through the through hole 40 in the weight container 30 and the lower wall 34 of the weight container 30 rests on the upper surface of the base structure 130. The weight container 30 is placed in its open configuration, and the desired amount of fill material 46 is arranged within the interior chamber 42 through the fill opening 44. The weight container 30 is then placed in its closed configuration. At this point, the weight of the weight container 30 and the fill material 46 contained by the weight container 30 will apply a downward force on the base structure 130.

The desired amount of fill material 46 will depend upon the nature of the fill material and the specifics of the first example umbrella system 22. The fill material 46 may be placed into the interior chamber 42 before arranging the through hole 40 of the weight container 30 to receive the base stem 132, but may require lifting and moving of the entire first example weight system 20.

The second example umbrella system 24 comprises a base assembly 160, a pole assembly 162, and a canopy assembly 164. The example base assembly 160 comprises a base structure 170 and a base stem 172. The example base structure 170 comprises a forward leg 174, a rear leg 176, and first and second transverse legs 178a and 178b. The pole assembly 162 comprises a lower pole 180, an upper pole 182, a pivot support 184, a tilt assembly 186, and a crank assembly 188. The canopy assembly 164 comprises canopy rods 190 and a canopy 192 formed of flexible material.

The legs 174, 176, 178a, and 178b define lower surfaces that engages the ground and upper surfaces. The base stem 172 extends upwards from the base structure 170 at the intersection of the legs 174, 176, 178a, and 178b. The lower pole 180 is received by the base stem 172. The tilt assembly 186 connects the upper pole 182 to lower pole 180 such that an angle of the upper pole 182 with respect to the lower pole 180 may be changed and such that the upper pole 182 extends from the lower pole 180. The canopy rods 190 are pivotably supported by the upper pole 182, and operation of the crank assembly 188 moves the canopy rods 190 between retracted and extended positions.

To use the first example weight system 20 to support the second example umbrella system 24, the base assembly 160 is arranged at a desired location. The weight container 30 is then arranged such that the base stem 172 of the base structure 170 extends through the through hole 40 in the weight container 30 and the lower wall 34 of the weight container 30 rests on the upper surfaces of at least some of the legs 174, 176, 178a, and 178b. The weight container 30 is placed in its open configuration, and the desired amount of fill material 46 is arranged within the interior chamber 42 through the fill opening 44. The weight container 30 is then placed in its closed configuration. At this point, the weight of the weight container 30 and the fill material 46 contained by the weight container 30 will apply a downward force on the base structure 160.

The desired amount of fill material 46 will depend upon the nature of the fill material and the specifics of the second example umbrella system 24. The fill material 46 may be placed into the interior chamber 42 before arranging the through hole 40 of the weight container 30 to receive the

US 11,248,391 B2

9

base stem **172**, but may require lifting and moving of the entire first example weight system **20**.

Although the example weight container **30** is substantially round in top plan view and forms a hollow cylinder, other shapes may be used, several examples of which are described elsewhere in this application.

## II. Second Embodiment

Referring now to FIGS. **10-15** of the drawing, depicted therein is a second example weight system **220** constructed in accordance with, and embodying, the principles of the present invention. The second example weight system **220** comprises a weight container **230** defining an upper wall **232**, a lower wall **234**, an outer side wall **236**, and an inner side wall **238**. The example upper and lower walls **232** and **234** are flat and rectangular (square), the outer side wall **236** comprises four flat segments, and the inner side wall **238** is cylindrical. The second example weight system **220** further defines a through hole **240** and an interior chamber **242**. A fill opening **244** is formed in the upper wall **232** through which fill material **246** is placed into the interior chamber **242**.

The second example weight system **220** comprises first and second upper panels **250a** and **250b** defining the upper wall **232**, a lower panel **252** defining the lower wall **234**, an outer side panel **254** defining the outer side wall **236**, and an inner side panel **256** defining the inner side wall **238**. The example panels **250a**, **250b**, **252**, **254**, and **256** are made of a flexible fabric capable of containing the fill material **246** and bearing the weight fill material **246** when the weight container **230** is filled with the fill material **246** as will be described in further detail herein. The example first and second upper panels **250a** and **250b** are joined to the outer side panel **254** by a first upper seam **260**. The example first and second upper panels **250a** and **250b** are joined to the inner side panel **256** by a second upper seam **262**. The example lower panel **252** is joined to the outer side panel **254** by a first lower seam **264**. The example lower panel **252** is also joined to the inner side panel **256** by a second lower seam **266**. A first vertical seam **268a** joins ends of the outer side panel **254** to form the outer side wall **236**, and a second vertical seam **268b** joins ends of the inner panel **256** to form the inner side wall **238**. The example first upper seam **260**, second upper seam **262**, first lower seam **264**, and second lower seam **266** may be constructed in the same manner as the example first upper seam **60** described above and will not be described herein in further detail.

The example first upper panel **250a** defines an axial hole. A first outer edge of the example first upper panel **250a** extends partly along a segmented path. An inner edge of the example first upper panel **250a** extends along a circular path defining a diameter. The length of the diameter is approximately one tenth of the length between opposing sides of the first upper panel **250a**. A first overlap edge of the example first upper panel **250a** intersects the segmented path defined by the first upper panel **250a** at first and second intersection points. The first overlap edge of the example first upper panel **250a** is offset from the axial hole.

The example second upper panel **250b** defines a second outer edge that also extends partly along the segmented path. A second overlap edge defined by the example second upper panel **250b** intersects the segmented path at third and fourth intersection points. When the example weight container **230** is assembled, the third and fourth intersection points defined by the second overlap edge are arranged between a line

10

extending between the first and second intersection points and the axial hole defined by the first upper panel **250a**.

With the foregoing construction, the second overlap edge defined by the second upper panel **250b** is arranged between the first overlap edge and the through hole **240**. Accordingly, the example first and second panels **250a** and **250b** overlap in an overlap region **270**. The example overlap region **270** intersects the segmented path at first and second intersection locations.

The example first and second upper panels **250a** and **250b** are sewn together by the first upper seam **260** within the intersecting locations. The example first and second upper panels **250a** and **250b** are further sewn at least partly together by first and second lateral stitches **272a** and **272b** and first and second end stitches **274a** and **274b**. The example first lateral stitch **272a** extends along a line extending between the first and second intersection points, while the example second lateral stitch **272b** extends along a line extending between the second and third intersection points. The example first and second lateral stitches **272a** and **272b** are parallel to each other. The example end stitches **274a** and **274b** extend between the first and second lateral stitches **272a** and **272b** at points that are approximately one fifth of the length of the chords defined by the first and second lateral stitches **272a** and **272b** from the first and second intersection locations. The example end stitches **274a** and **274b** are parallel to each other.

The example lateral stitches **272a** and **272b** and the example end stitches **274a** and **274b** divide the overlap region into a middle portion **276** and first and second end portions **278a** and **278b**. Outside of the middle portion **276**, the lateral stitches **272a** and **272b** join the first and second upper panels **250a** and **250b** together. Within the middle portion **276**, the lateral stitches **272a** and **272b** do not join the first and second upper panels **250a** and **250b** together but simply form seams to finish the edges of the first and second upper panels **250a** and **250b**. In particular, the example first lateral stitch **272a** forms a seam edge of the example first upper panel **250a**, while the example second lateral stitch **272b** forms a seam edge of the example second upper panel **250b**.

Accordingly, the first and second upper panels **250a** and **250b** are effectively sealed together in the first and second end portions **278a** and **278b**, but the fill opening **244** is defined between the first and second upper panels **250a** and **250b** within the middle portion **276**.

Referring now specifically to FIGS. **12** and **13**, it can be seen that a closure system **280** is arranged to detachably attach the first and second upper panels **250a** and **250b** within the middle portion **276** to close the fill opening **244**. The example closure system **280** is a hook and loop system, but other closure systems such as lacing, a zipper, or the like may be used in addition or instead. If the closure system used is not a hook and loop system (e.g., a zipper or laces), the first and second upper panels **250a** and **250b** need not overlap. Instead the fill opening **244** may be formed by may be joined at seams formed by edges of the respective panels **250a** and **250b**, with the zipper and/or laces joining the panels **250a** and **250b** together at the adjacent seams.

The example hook and loop system forming the closure system **280** comprises a loop panel **282** secured to the first upper panel **250a** within the middle portion **276** and a hook panel **284** secured to the second upper panel **250b** within the middle portion **276**. The loop panel **282** overlaps the hook panel **284** to effectively seal the first and second upper panels **250a** and **250b** together. More specifically, when the loop panel **282** is attached to the hook panel **284** as shown

US 11,248,391 B2

11

12

in FIGS. **12** and **14**, the weight container **230** is in a closed configuration in which access to the interior chamber **242** through the fill opening **244** is prevented. When the loop panel **282** is detached from the hook panel **284** as shown in FIGS. **13** and **15**, the weight container **230** is in an open configuration in which access to the interior chamber **242** is allowed through the fill opening **244**. The fill material **246** may be poured or otherwise passed through the fill opening **244** in the open configuration to allow the interior chamber **242** to be filled and/or emptied. A tab **286** may be secured to the first upper panel **250**a to facilitate detachment of the hook panel **284** from the loop panel **282** and thus placement of the weight container **230** in the open configuration.

To fill the weight container **230**, the hook panel **284** is disengaged from the loop panel **282** to place the weight container **230** in its open configuration. In this open configuration, the fill material **246** is poured or otherwise passed through the fill opening **244** until a desired amount of fill material **246** is within the interior chamber **242**. During normal use of the second example weight system **220**, the hook panel **284** engages the loop panel **282** substantially to prevent the fill material **246** from being displaced out of the interior chamber **242** through the fill opening **244**. The weight container **230** may be arranged in a desired relationship to the item to be supported prior to introduction of the fill material **246** into the interior chamber **242** to minimize carrying of the fully loaded weight container **230**.

While a number of materials may be used to satisfy the functional requirements of the second example weight container **230**, the materials described above with respect to the first example weight container **30** have been determined to provide a good balance of functionality and cost and may also be used to form like components of the second example container **230**.

The second example weight system **220** may be used to support either of the first and second example umbrella systems **22** and **24** or possibly other upright items such as construction or traffic cones, light poles, portable pole mounted heaters, or the like.

To use the second example weight system **220** to support the first example umbrella system **22**, the base assembly **120** is arranged at a desired location. The weight container **230** is then arranged such that the base stem **132** of the base structure **130** extends through the through hole **240** in the weight container **230** and the lower wall **234** of the weight container **230** rests on the upper surface of the base structure **130**. The weight container **230** is placed in its open configuration, and the desired amount of fill material **246** is arranged within the interior chamber **242** through the fill opening **244**. The weight container **230** is then placed in its closed configuration. At this point, the weight of the weight container **230** and the fill material **246** contained by the weight container **230** will apply a downward force on the base structure **130**.

The desired amount of fill material **246** will depend upon the nature of the fill material and the specifics of the first example umbrella system **22**. The fill material **246** may be placed into the interior chamber **242** before arranging the through hole **240** of the weight container **230** to receive the base stem **132**, but may require lifting and moving of the entire second example weight system **220**.

To use the second example weight system **220** to support the second example umbrella system **22**, the base assembly **160** is arranged at a desired location. The weight container **230** is then arranged such that the base stem **172** of the base structure **170** extends through the through hole **240** in the weight container **230** and the lower wall **234** of the weight

container **230** rests on the upper surfaces of at least some of the legs **174**, **176**, **178**a, and **178**b. The weight container **230** is placed in its open configuration, and the desired amount of fill material **246** is arranged within the interior chamber **242** through the fill opening **244**. The weight container **230** is then placed in its closed configuration. At this point, the weight of the weight container **230** and the fill material **246** contained by the weight container **230** will apply a downward force on the base structure **160**.

The desired amount of fill material **246** will depend upon the nature of the fill material and the specifics of the second example umbrella system **24**. The fill material **246** may be placed into the interior chamber **242** before arranging the through hole **240** of the weight container **230** to receive the base stem **172**, but may require lifting and moving of the entire second example weight system **220**.

Although the example weight container **230** is substantially square in top plan view and forms rectangular solid with a central hole, other shapes may be used, several examples of which are described elsewhere in this application.

### III. Third Embodiment

Referring now to FIGS. **16-18** of the drawing, depicted therein is a third example weight system **320** constructed in accordance with, and embodying, the principles of the present invention. The third example weight system **320** comprises a weight container **330** defining an upper wall **332**, a lower wall **334**, and a side wall **336**. The example upper and lower walls **332** and **334** are flat and semi-circular but could be rectangular or other shapes. The example side wall **336** comprises a first semi-cylindrical segment, first and second flat segments, and a second semi-cylindrical segment. The diameter defined by the first semi-cylindrical segment is larger than that defined by the second semi-cylindrical segment. Each of the first and second flat segments extends between the first and second semi-cylindrical segments. The third example weight system **320** further defines a notch **340** and an interior chamber **342**. A fill opening **344** is formed in the upper wall **332** through which fill material **346** is placed into the interior chamber **342**.

The third example weight system **320** comprises first and second upper panels **350**a and **350**b defining the upper wall **332**, a lower panel **352** defining the lower wall **334**, and a side panel **354** defining the side wall **336**. The example panels **350**a, **350**b, **352**, and **354** are made of a flexible fabric capable of containing the fill material **346** and bearing the weight fill material **346** when the weight container **330** is filled with the fill material **346** as will be described in further detail herein. The example first and second upper panels **350**a and **350**b are joined to the side panel **354** by an upper seam **360**. The example lower panel **352** is joined to the side panel **354** by a lower seam **362**. A vertical seam **368** joins ends of the side panel **354** to form the side wall **236**. The example upper seam **360** and lower seam **362** may be constructed in the same manner as the example first upper seam **60** described above and will not be described herein in further detail.

A first outer edge of the example first upper panel **350**a extends along a portion of a segmented path defined by the side wall **336**. A first overlap edge of the example first upper panel **350**a intersects the segmented path defined by the first upper panel **350**a at first and second intersection points.

The example second upper panel **350**b defines a second outer edge that also extends partly along the segmented path. A second overlap edge defined by the example second upper

US 11,248,391 B2

13

panel 350*b* intersects the segmented path at third and fourth intersection points. When the example weight container 330 is assembled, the third and fourth intersection points defined by the second overlap edge are arranged between a line extending between the first and second intersection points and the notch 340.

With the foregoing construction, the second overlap edge defined by the second upper panel 350*b* is arranged between the first overlap edge and the notch 340. Accordingly, the example first and second panels 350*a* and 350*b* overlap in an overlap region 370. The example overlap region intersects the segmented path at first and second intersection locations.

The example first and second upper panels 350*a* and 350*b* are sewn together by the first upper seam 360 within the intersecting locations. The example first and second upper panels 350*a* and 350*b* are further sewn at least partly together by first and second chord stitches 372*a* and 372*b* and first and second end stitches 374*a* and 374*b*. The example first chord stitch 372*a* extends along a line extending between the first and second intersection points, while the example second chord stitch 372*b* extends along a line extending between the second and third intersection points. The example first and second chord stitches 372*a* and 372*b* are parallel to each other. The example end stitches 374*a* and 374*b* extend between the first and second chord stitches 372*a* and 372*b* at points that are approximately one fifth of the length of the chords defined by the first and second chord stitches 372*a* and 372*b* from the first and second intersection locations. The example end stitches 374*a* and 374*b* are parallel to each other.

The example chord stitches 372*a* and 372*b* and the example end stitches 374*a* and 374*b* divide the overlap region into a middle portion 376 and first and second end portions 378*a* and 378*b*. Outside of the middle portion 376, the chord stitches 372*a* and 372*b* join the first and second upper panels 350*a* and 350*b* together. Within the middle portion 376, the chord stitches 372*a* and 372*b* do not join the first and second upper panels 350*a* and 350*b* together but simply form seams to finish the edges of the first and second upper panels 372*a* and 372*b*. In particular, the example first chord stitch 372*a* forms a seam edge of the example first upper panel 350*a*, while the example second chord stitch 372*b* forms a seam edge of the example second upper panel 350*b*.

Accordingly, the first and second upper panels 350*a* and 350*b* are effectively sealed together in the first and second end portions 378*a* and 378*b*, but the fill opening 344 is defined between the first and second upper panels 350*a* and 350*b* within the middle portion 376.

A closure system (not visible) is arranged to detachably attach the first and second upper panels 350*a* and 350*b* within the middle portion 376 to close the fill opening 344. The example closure system is, like the example closure systems 80 and 280 described above, a hook and loop system, but other closure systems such as lacing, a zipper, or the like may be used in addition or instead. If the closure system used is not a hook and loop system (e.g., a zipper or laces), the first and second upper panels 350*a* and 350*b* need not overlap. Instead the fill opening 344 may be formed by may be joined at seams formed by edges of the respective panels 350*a* and 350*b*, with the zipper and/or laces joining the panels 350*a* and 350*b* together at the adjacent seams.

The example hook and loop system forming the closure system of the third example weight assembly 320 comprises comprising a loop panel (not visible) secured to the first upper panel 350*a* within the middle portion 376 and a hook panel (not visible) secured to the second upper panel 350*b*

14

within the middle portion 376. The loop panel overlaps the loop panel to effectively seal the first and second upper panels 350*a* and 350*b* together. More specifically, when the loop panel is attached to the hook panel, the weight container 330 is in a closed configuration in which access to the interior chamber 342 through the fill opening 344 is prevented. When the loop panel is detached from the hook panel, the weight container 330 is in an open configuration in which access to the interior chamber 342 is allowed through the fill opening 344. The fill material 346 may be poured or otherwise passed through the fill opening 344 in the open configuration to allow the interior chamber 342 to be filled and/or emptied. A tab 379 may be secured to the first upper panel 350*a* to facilitate detachment of the hook panel from the loop panel and thus placement of the weight container 330 in the open configuration.

To fill the weight container 330, the hook panel is disengaged from the loop panel to place the weight container 330 in its open configuration. In this open configuration, the fill material 346 is poured or otherwise passed through the fill opening 344 until a desired amount of fill material 346 is within the interior chamber 342. During normal use of the third example weight system 320, the hook panel engages the loop panel substantially to prevent the fill material 346 from being displaced out of the interior chamber 342 through the fill opening 344. The weight container 330 may be arranged in a desired relationship to the item to be supported prior to introduction of the fill material 346 into the interior chamber 342 to minimize carrying of the fully loaded weight container 330.

The third example weight system 320 further comprises a securing system 380 comprising a pole strap 382, a pole ring 384, and a fastening system 386. The pole strap 382 is secured to the side panel 354 such that the first pole strap 382 extends from the weight container 330 adjacent to the notch 340. In particular, a fixed end portion of the pole strap 382 is secured to the side panel 354 within the notch 340 such that a free end portion of the strap extends from the weight container 330 such that the free end portion strap can be extended from the first flat segment of the side wall 336 to the second flat segment of the side wall 336 across the notch 340. The fixed end portion of the pole strap 382 is further inserted through a portion of the pole ring 384 and sewn back to itself such that the pole ring 384 is at the juncture of the second or inner semi-cylindrical segment of the side wall 336 defining the notch 340 and the second flat segment of the side wall 336. The free end portion of the pole strap 382 may thus be extended across the notch 340 and through the pole ring 384 to secure the pole strap 382 across the notch 340.

The pole strap 382 may be simply tied to itself to hold the pole strap 382 in place across the notch 340. However, the fastening system 386 may be used to secure the pole strap 382 relative to the pole ring 384 when the pole strap 382 is extended through the pole ring 384. The example fastening system 386 comprises a first loop portion 390 secured to the free end portion of the pole strap 382, an optional second loop portion 392 secured to the first flat segment of the side wall 336, and a hook portion 394 secured to the free end portion of the pole strap 382. With the free end portion extended through the pole ring 384 as shown in FIGS. 16 and 17, the first loop portion 390 and the hook portion 394 face each other and can be detachably attached to prevent inadvertent movement of the pole strap 382 relative to the pole ring 384. If the optional second loop portion 392 is used, the hook portion 394 may be engaged with the second loop portion 392 to further prevent inadvertent movement of

US 11,248,391 B2

15                                                      16

the pole strap 382 relative to the pole ring 384 and also to prevent the free end portion of the pole strap 382 from dangling from the weight container 330. Other fastening systems such as buckles, buttons, or the like may be used in addition or instead of the example hook and loop fastening system forming the example fastening system 386.

While a number of materials may be used to satisfy the functional requirements of the third example weight container 330, the materials described above with respect to the first example weight container 30 have been determined to provide a good balance of functionality and cost and may also be used to form like components of the third example container 330.

The material forming the example strap 382 is nylon webbing. The nylon webbing forming the example strap 382 is a 1.5" Y pattern nylon webbing of 32 grams per yard.

The third example weight system 320 may be used to support either of the first and second example umbrella systems 22 and 24 or possibly other upright items such as construction or traffic cones, light poles, portable pole mounted heaters, or the like.

To use the third example weight system 320 to support the first example umbrella system 32, the base assembly 120 is arranged at a desired location. The weight container 330 is then arranged such that the base stem 132 of the base structure 130 extends through the notch 340 in the weight container 330 and the lower wall 334 of the weight container 330 rests on the upper surface of the base structure 130. The pole strap 382 is then extended across the notch 340 over the stem 132, inserted through the pole ring 384, and secured in place using the fastening system 386. Inadvertent lateral movement of the base assembly 120 relative to the third example weight system 320 will thus be prevented by the securing system 380.

The weight container 330 is placed in its open configuration, and the desired amount of fill material 346 is arranged within the interior chamber 342 through the fill opening 344. The weight container 330 is then placed in its closed configuration. At this point, the weight of the weight container 330 and the fill material 346 contained by the weight container 330 will apply a downward force on the base structure 130.

The desired amount of fill material 346 will depend upon the nature of the fill material and the specifics of the first example umbrella system 22. The fill material 346 may be placed into the interior chamber 342 before arranging the notch 340 of the weight container 330 to receive the base stem 132, but may require lifting and moving of the entire third example weight system 320.

To use the third example weight system 320 to support the second example umbrella system 24, the base assembly 160 is arranged at a desired location. The weight container 330 is then arranged such that the base stem 172 of the base structure 170 extends through the notch 340 in the weight container 330 and the lower wall 334 of the weight container 330 rests on the upper surfaces of at least some of the legs 174, 176, 178a, and 178b. The pole strap 382 is then extended across the notch 340 over the stem 172, inserted through the pole ring 384, and secured in place using the fastening system 386. Inadvertent lateral movement of the base assembly 160 relative to the third example weight system 320 will thus be prevented by the securing system 380.

The weight container 330 is placed in its open configuration, and the desired amount of fill material 346 is arranged within the interior chamber 342 through the fill opening 344. The weight container 330 is then placed in its closed configuration. At this point, the weight of the weight container 330 and the fill material 346 contained by the weight container 330 will apply a downward force on the base structure 160.

The desired amount of fill material 346 will depend upon the nature of the fill material and the specifics of the second example umbrella system 24. The fill material 346 may be placed into the interior chamber 342 before arranging the notch 340 of the weight container 330 to receive the base stem 172, but may require lifting and moving of the entire third example weight system 320.

Although the example weight container 330 is substantially semicircular in top plan view and forms substantially semi-cylindrical shape with notch on the straight side thereof, other shapes may be used, several examples of which are described elsewhere in this application.

## IV. Fourth Embodiment

Referring now to FIGS. 19-21 of the drawing, depicted therein is a fourth example weight system 420 constructed in accordance with, and embodying, the principles of the present invention. The fourth example weight system 420 comprises a fourth and fifth weight containers 430a and 430b. The fourth and fifth example weight containers 430a and 430b are or may be identical. For clarity, the same reference characters will be used to identify common elements of the separate weight containers 430a and 430b.

Additionally, the example fourth and fifth weight containers 430a and 430b share many elements of the third example weight container 330 described above. The example fourth and fifth example weight containers 430a and 430b will thus be described herein primarily to the extent that they differ from the third example weight container 330.

The example weight containers 430a and 430b each define an upper wall 432, a lower wall 434, and a side wall 436. The example upper and lower walls 432 and 434 are flat and semi-circular but could be rectangular or other shapes. The example side wall 436 comprises a first semi-cylindrical segment, first and second flat segments, and a second semi-cylindrical segment. The diameter defined by the first semi-cylindrical segment is larger than that defined by the second semi-cylindrical segment. Each of the first and second flat segments extends between the first and second semi-cylindrical segments. The fourth and fifth example weight containers 430a and 430b each further defines a notch 440 and an interior chamber 442. A fill opening 444 is formed in each of the upper wall 432 through which fill material (not shown) is placed into the interior chamber 442.

The example weight containers 430a and 430b each comprises first and second upper panels 450a and 450b defining the upper wall 432, a lower panel 452 defining the lower wall 434, and a side panel 454 defining the side wall 436. The example panels 450a, 450b, 452, and 454 are made of a flexible fabric capable of containing the fill material (not shown) and bearing the weight fill material when the weight container 430 is filled with the fill material as described with reference to the other example weight containers described herein. The example first and second upper panels 450a and 450b are joined to the side panel 454 by an upper seam (not shown). The example lower panel 452 is joined to the side panel 454 by a lower seam (not shown). A vertical seam (not shown) joins ends of the side panel 454 to form the side wall 436. The example upper seam and lower seam may be constructed in the same manner as the example first upper seam 60 described above and will not be described herein in further detail.

17 18

A first outer edge of the example first upper panel **450***a* extends along a portion of a segmented path defined by the side wall **436**. A first overlap edge of the example first upper panel **450***a* intersects the segmented path defined by the first upper panel **450***a* at first and second intersection points.

The example second upper panel **450***b* defines a second outer edge that also extends partly along the segmented path. A second overlap edge defined by the example second upper panel **450***b* intersects the segmented path at third and fourth intersection points. When the example weight container **430** is assembled, the third and fourth intersection points defined by the second overlap edge are arranged between a line extending between the first and second intersection points and the notch **440**.

With the foregoing construction, the second overlap edge defined by the second upper panel **450***b* is arranged between the first overlap edge and the notch **440**. Accordingly, the example first and second panels **450***a* and **450***b* overlap in an overlap region **470**. The example overlap region **470** intersects the segmented path at first and second intersection locations.

The example first and second upper panels **450***a* and **450***b* are sewn together by the first upper seam within the intersecting locations. The example first and second upper panels **450***a* and **450***b* are further sewn at least partly together by first and second chord stitches **472***a* and **472***b* and first and second end stitches **474***a* and **474***b*. The example first chord stitch **472***a* extends along a line extending between the first and second intersection points, while the example second chord stitch **472***b* extends along a line extending between the second and third intersection points. The example first and second chord stitches **472***a* and **472***b* are parallel to each other. The example end stitches **474***a* and **474***b* extend between the first and second chord stitches **472***a* and **472***b* at points that are approximately one fifth of the length of the chords defined by the first and second chord stitches **472***a* and **472***b* from the first and second intersection locations. The example end stitches **474***a* and **474***b* are parallel to each other.

The example chord stitches **472***a* and **472***b* and the example end stitches **474***a* and **474***b* divide the overlap region into a middle portion **476** and first and second end portions **478***a* and **478***b*. Outside of the middle portion **476**, the chord stitches **472***a* and **472***b* join the first and second upper panels **450***a* and **450***b* together. Within the middle portion **476**, the chord stitches **472***a* and **472***b* do not join the first and second upper panels **450***a* and **450***b* together but simply form seams to finish the edges of the first and second upper panels **472***a* and **472***b*. In particular, the example first chord stitch **472***a* forms a seam edge of the example first upper panel **450***a*, while the example second chord stitch **472***b* forms a seam edge of the example second upper panel **450***b*.

Accordingly, the first and second upper panels **450***a* and **450***b* are effectively sealed together in the first and second end portions **478***a* and **478***b*, but the fill opening **444** is defined between the first and second upper panels **450***a* and **450***b* within the middle portion **476**.

A closure system (not visible) is arranged to detachably attach the first and second upper panels **450***a* and **450***b* within the middle portion **476** to close the fill opening **444**. The example closure system is, like the example closure systems **80** and **280** described above, a hook and loop system, but other closure systems such as lacing, a zipper, or the like may be used in addition or instead. The example hook and loop system forming the closure system of the third example weight assembly **420** comprises a loop panel (not visible) secured to the first upper panel **450***a* within the

middle portion **476** and a hook panel (not visible) secured to the second upper panel **450***b* within the middle portion **476**. The loop panel overlaps the loop panel to effectively seal the first and second upper panels **450***a* and **450***b* together. More specifically, when the loop panel is attached to the hook panel, the weight container **430** is in a closed configuration in which access to the interior chamber **442** through the fill opening **444** is prevented. When the loop panel is detached from the hook panel, the weight container **430** is in an open configuration in which access to the interior chamber **442** is allowed through the fill opening **444**. The fill material may be poured or otherwise passed through the fill opening **444** in the open configuration to allow the interior chamber **442** to be filled and/or emptied. A tab **479** may be secured to the first upper panel **450***a* to facilitate detachment of the hook panel from the loop panel and thus placement of the weight container **430** in the open configuration.

To fill the weight container **430**, the hook panel is disengaged from the loop panel to place the weight container **430** in its open configuration. In this open configuration, the fill material is poured or otherwise passed through the fill opening **444** until a desired amount of fill material is within the interior chamber **442**. During normal use of the fourth example weight container **430***a*, the hook panel engages the loop panel substantially to prevent the fill material from being displaced out of the interior chamber **442** through the fill opening **444**. The weight container **430** may be arranged in a desired relationship to the item to be supported prior to introduction of the fill material into the interior chamber **442** to minimize carrying of the fully loaded weight container **430**.

The example weight containers **430***a* and **430***b* each further comprises a securing system **480** comprising a pole strap **482**, a pole ring **484**, and a fastening system **486**. As will be apparent from the following discussion, both securing systems **480** are not always required, but the use of a securing system **480** on each of the weight containers **430***a* and **430***b* provides simplicity in manufacturing and inventory control and provides flexibility for different uses in field.

The pole strap **482** is secured to the side panel **454** such that the first pole strap **482** extends from the weight container **430** adjacent to the notch **440**. In particular, a fixed end portion of the pole strap **482** is secured to the side panel **454** within the notch **440** such that a free end portion of the strap extends from the weight container **430** such that the free end portion strap can be extended from the first flat segment of the side wall **436** to the second flat segment of the side wall **436** across the notch **440**. The fixed end portion of the pole strap **482** is further inserted through a portion of the pole ring **484** and sewn back to itself such that the pole ring **484** is at the juncture of the second or inner semi-cylindrical segment of the side wall **436** defining the notch **440** and the second flat segment of the side wall **436**. The free end portion of the pole strap **482** may thus be extended across the notch **440** and through the pole ring **484** to secure the pole strap **482** across the notch **440**.

The pole strap **482** may be simply tied to itself to hold the pole strap **482** in place across the notch **440**. However, the fastening system **486** may be used to secure the pole strap **482** relative to the pole ring **484** when the pole strap **482** is extended through the pole ring **484**. The example fastening system **486** comprises a first loop portion **490** secured to the free end portion of the pole strap **482**, an optional second loop portion **492** secured to the first flat segment of the side wall **436**, and a hook portion **494** secured to the free end portion of the pole strap **482**. With the free end portion

US 11,248,391 B2

19

extended through the pole ring **484** as shown in FIG. **19**, the first loop portion **490** and the hook portion **494** face each other and can be detachably attached to prevent inadvertent movement of the pole strap **482** relative to the pole ring **484**. If the optional second loop portion **492** is used, the hook portion **494** may be engaged with the second loop portion **492** to further prevent inadvertent movement of the pole strap **482** relative to the pole ring **484** and also to prevent the free end portion of the pole strap **482** from dangling from the weight container **430**. Other fastening systems such as buckles, buttons, or the like may be used in addition to or instead of the example hook and loop fastening system forming the example fastening system **486**.

In addition, each of the example fourth and fifth weight containers **430a** and **430b** comprises a container joining system **520** that allow the example fourth and fifth containers **430a** and **430b** to be joined together. The example container joining system **520** comprises a first joining strap **522**, a second joining strap **524**, a joining ring **526**, and a strap joining system **528**. A fixed end portion of the first joining strap **522** is sewn to the first semi-cylindrical segment of the first side wall **436** such that a free end portion of the first joining strap **522** extends from a juncture of the first semi-cylindrical segment of the first side wall **436** and the second flat segment of the first side wall **436**. The second joining strap **524** is inserted through a portion of the joining ring **526**, and both ends of the second strap **524** are sewn to the first semi-cylindrical segment of the first side wall **436**. The joining ring **526** is located adjacent to a juncture of the first semi-cylindrical segment of the first side wall **436** and the first flat segment of the first side wall **436**. The free end of the first joining strap **522** and the joining ring **526** are arranged on opposite sides of the notch **440**.

The example strap joining system **528** may be used to secure the first joining strap **522** relative to an adjacent one of the joining ring **526** when the first joining strap **522** is extended through the adjacent one of the joining rings **526**. The example fastening system **528** comprises a loop portion **530** secured to the fixed end portion of the first joining strap **522** and a hook portion **532** secured to the free end portion of the first joining strap **522**. With the free end portion extended through one of the joining rings **526** as shown in FIG. **19**, the loop portion **530** and the hook portion **532** face each other and can be detachably attached to prevent inadvertent movement of the first joining strap **522** relative to one of the joining rings **526**. Other fastening systems such as buckles, buttons, or the like may be used in addition to or instead of the example hook and loop fastening system forming the example strap joining system **528**.

While a number of materials may be used to satisfy the functional requirements of the fourth example weight containers **430a** and **430b**, the materials described above with respect to the first example weight container **30** have been determined to provide a good balance of functionality and cost and may also be used to form like components of the fourth example weight containers **430a** and **430b**.

The material forming the example pole strap **482** and first and second joining straps **522** and **524** is nylon webbing. The nylon webbing forming the example straps **482**, **522**, and **524** is a 1.5″ Y pattern nylon webbing of 32 grams per yard.

The fourth example weight system **420** may be used to support either of the first and second example umbrella systems **22** and **24** or possibly other upright items such as construction or traffic cones, light poles, portable pole mounted heaters, or the like.

To use the fourth example weight system **420** to support the first example umbrella system **22**, the base assembly **120**

20

is arranged at a desired location. The fourth and fifth example weight containers **430a** and **430b** are then arranged such that the base stem **132** of the base structure **130** extends through the notch **440** in either of the fourth and fifth weight containers **430a** and **430b** and the lower walls **434** of one or both of the fourth and fifth weight containers **430a** and **430b** rest on the upper surface of the base structure **130**. The pole strap **482** is then extended across the notch **440** over the stem **132**, inserted through the pole ring **484**, and secured in place using the fastening system **486**. At this point, the first joining strap **522** of the fourth example weight container **430a** will be adjacent to the joining ring **526** of the fifth example weight container **430b** and the first joining strap **522** of the fifth example weight container **430a** will be adjacent to the joining ring **526** of the fourth example weight container **430b**. The joining straps **522** are inserted through the adjacent joining rings **526** and secured in place using the strap joining system **528**. Inadvertent lateral movement of the base assembly **120** relative to the fourth example weight system **420** will thus be prevented by the securing system **480**.

The fourth and fifth weight containers **430a** and **430b** are placed in their open configurations, and the desired amount of fill material is arranged within the interior chambers **442** through the fill openings **444**. The fourth and fifth example weight containers **430** are then placed in their closed configurations. At this point, the weight of the weight containers **430a** and **430b** and the fill material **446** contained by the weight containers **430a** and **430b** will apply a downward force on the base structure **130**.

The desired amount of fill material will depend upon the nature of the fill material and the specifics of the first example umbrella system **42**. The fill material may be placed into the interior chamber **442** before arranging the notch **440** of the weight container **430** to receive the base stem **132**, but may require lifting and moving of the loaded fourth and fifth example weight containers **430a** and **430b**. Because the joining strap assemblies **520** may be disconnected to detach the fourth and fifth example weight containers **430a** and **430b** from each other, however, these fourth and fifth example weight containers **430a** and **430b** may be moved separately.

To use the fourth example weight system **420** to support the second example umbrella system **24**, the base assembly **160** is arranged at a desired location. The fourth and fifth weight containers **430a** and **430b** are then arranged such that the base stem **172** of the base structure **170** extends through the notch **440** one of the weight containers **430a** and **430b** and the lower walls **434** of at least one, and typically both, of one or both of the fourth and fifth weight containers **430a** and **430b** rest on the upper surfaces of at least some of the legs **174**, **176**, **178a**, and **178b**. The pole strap **482** is then extended across the notch **440** over the stem **172**, inserted through the pole ring **484**, and secured in place using the fastening system **486**. At this point, the first joining strap **522** of the fourth example weight container **430a** will be adjacent to the joining ring **526** of the fifth example weight container **430b** and the first joining strap **522** of the fifth example weight container **430a** will be adjacent to the joining ring **526** of the fourth example weight container **430b**. The joining straps **522** are inserted through the adjacent joining rings **526** and secured in place using the strap joining system **528**. Inadvertent lateral movement of the base assembly **420** relative to the fourth example weight system **420** will thus be prevented by the securing system **480**.

The fourth and fifth weight containers **430a** and **430b** are placed in their open configurations, and the desired amount

21

of fill material is arranged within the interior chambers **442** through the fill openings **444**. The fourth and fifth example weight containers **430** are then placed in their closed configurations. At this point, the weight of the weight containers **430**a and **430**b and the fill material **446** contained by the weight containers **430**a and **430**b will apply a downward force on the base structure **160**.

The desired amount of fill material will depend upon the nature of the fill material and the specifics of the second example umbrella system **24**. The fill material **446** may be placed into the interior chamber **442** before arranging the notch **440** of the weight container **430** to receive the base stem **172**, but may require lifting and moving of the loaded fourth and fifth example weight containers **430**a and **430**b. Because the joining strap assemblies **520** may be disconnected to detach the fourth and fifth example weight containers **430**a and **430**b from each other, however, these fourth and fifth example weight containers **430**a and **430**b may be moved separately.

In addition to a side by side arrangement as depicted in FIG. **19**, any of the example containers **30**, **230**, **330**, or **430**a and **430**b may be stacked one on top of any of the other example containers **30**, **230**, **330**, or **430**a and **430**b. In such a stacked configuration, only one of the weight containers may be in direct contact with the base member **130** or **160**. The weight of the uppermost weight container of the stack is transferred to the base member **130** or **160** through the lowermost, and any intermediate, weight member of the stack. In this case, the joining straps such as the example joining straps **520** need not be used as shown in FIG. **19** to connect the example weight containers to each other. When stacked, the through holes **40** and **240** of the weight containers **30** and **230** receive the stem portion **132** or **162** to hold the weight containers **40** and/or **240** together. With weight containers **330**, **430**a, and **430**b without a through hole, a securing system such as the securing systems **480** of the example weight containers **430**a and **430**b may be used to attach the respective weight containers **330**, **430**a, and **430**b around the stem portion **132** or **172** as described above.

Although the example weight containers **430**a and **430**b are substantially semicircular in top plan view and each form a substantially semi-cylindrical shape with notch on the straight side thereof, other shapes may be used, several examples of which are described elsewhere in this application.

What is claimed is:

**1**. A weight system for containing fill material for supporting a free-standing object, comprising:

a weight container comprising an upper wall, a lower wall, and an outer side wall and defining

an interior chamber adapted to contain the fill material, and

a fill opening defined at least in part by the upper wall through which the fill material can be introduced into the interior chamber, wherein

the upper wall comprises at least one upper wall panel made of flexible fabric,

the outer side wall comprises at least one outer side wall panel made of flexible fabric;

a closure system comprising first and second closure portions, where

the first closure portion is configured to be engaged with the second closure portion to arrange the closure system in a closed configuration,

22

the first closure portion is configured to be at least partly disengaged from the second closure portion to arrange the closure system in an open configuration, and

the closure system is arranged relative to the fill opening such that

arrangement of the closure system in the closed configuration substantially prevents fill material from passing through the fill opening, and

arrangement of the closure system in the open configuration allows fill material to pass through the fill opening;

a first upper seam configured to join at least a portion of the at least one upper wall panel to at least a portion of the at least one outer side wall panel;

at least one lateral stitch arranged to secure the first closure portion relative to the at least one upper wall panel and along at least a portion of one side of at least a portion of the fill opening, where at least a portion of the at least one lateral stitch coincides with the first upper seam;

a first end stitch arranged at a first end of the closure system to define a first end of the fill opening; and

a second end stitch arranged at a second end of the closure system to define a second end of the fill opening.

**2**. A weight system as recited in claim **1**, further comprising a joining system configured to allow at least a portion of the container to be secured relative to the free-standing object.

**3**. A weight system as recited in claim **1**, in which:

the weight container further comprises an inner side wall;

a second upper seam is configured to join the at least one upper wall panel to the at least one inner side wall; and

a lower seam is configured to join the at least one lower wall to the at least one inner side wall.

**4**. A weight system as recited in claim **1**, in which:

at least one of the at least one lateral stitch and the first and second end stitches join at least one of the at least one upper wall panel and the at least one outer side wall panel together to define an overlap region; and

the fill opening is arranged within the overlap region.

**5**. A weight system as recited in claim **1**, in which the closure system comprises a zipper.

**6**. A weight system as recited in claim **1**, in which the closure system comprises a hook panel and a loop panel.

**7**. A weight system as recited in claim **1**, in which the at least one lateral stitch comprise first and second lateral stitches, where at least a portion of at least one of the first and second lateral stitches intersects the first upper seam.

**8**. A weight system as recited in claim **1**, in which:

at least a portion of the at least one upper wall panel is configured to define an overlap region; and

at least a portion of the fill opening is arranged within the overlap region.

**9**. A weight system as recited in claim **1**, in which:

at least a portion of the at least one upper wall panel is configured to define an overlap region; and

at least a portion of the closure system is arranged within the overlap region.

**10**. A weight system as recited in claim **1**, in which:

at least a portion of the at least one upper wall panel is configured to define an overlap region;

at least a portion of the fill opening is arranged within the overlap region; and

at least a portion of the closure system is arranged within the overlap region.

US 11,248,391 B2

23

**11**. A weight system for containing fill material for supporting a free-standing object, comprising:

a weight container comprising an upper wall, a lower wall, and an outer side wall and defining

an interior chamber adapted to contain the fill material, and

a fill opening defined at least in part by the upper wall through which the fill material can be introduced into the interior chamber, wherein

the upper wall comprises at least one upper wall panel made of flexible fabric,

the outer side wall comprises at least one outer side wall panel made of flexible fabric;

a closure system comprising first and second closure portions, where

the first closure portion is configured to be engaged with the second closure portion to arrange the closure system in a closed configuration,

the first closure portion is configured to be at least partly disengaged from the second closure portion to arrange the closure system in an open configuration, and

the closure system is arranged relative to the fill opening such that

arrangement of the closure system in the closed configuration substantially prevents fill material from passing through the fill opening, and

arrangement of the closure system in the open configuration allows fill material to pass through the fill opening; wherein

24

a first upper seam configured to join at least a portion of the at least one upper wall panel to at least a portion of the at least one outer side wall panel;

at least one lateral stitch arranged

to secure the first closure portion relative to the at least one upper wall panel and along at least a portion of one side of at least a portion of the fill opening, where at least a portion of the at least one lateral stitch coincides with the first upper seam, and

such that at least a portion of the at least one upper wall panel is configured to define an overlap region;

a first end stitch arranged at a first end of the closure system to define a first end of the fill opening; and

a second end stitch arranged at a second end of the closure system to define a second end of the fill opening.

**12**. A weight system as recited in claim **11**, in which at least a portion of the fill opening is arranged within the overlap region.

**13**. A weight system as recited in claim **11**, in which at least a portion of the closure system is arranged within the overlap region.

**14**. A weight system as recited in claim **11**, in which:

at least a portion of the fill opening is arranged within the overlap region; and

at least a portion of the closure system is arranged within the overlap region.

**15**. A weight system as recited in claim **11**, in which the closure system comprises a zipper.

**16**. A weight system as recited in claim **11**, in which the closure system comprises a hook panel and a loop panel.

* * * * *