# Ex. D

# FOSTER PEPPER PLLC

| | |
|---|---|
| Direct Phone | 206-447-6252 |
| Direct Fax | 206-749-2063 |
| Email | Joel.Ard@foster.com |

June 1, 2017

*Via Electronic Mail*

Dvir Gassner
Geyra Gassner IP Law
55 Yigal Alon St.
Tel Aviv 67891
Israel
dvir.gassner@geyragassner.com

Re: Potential Infringing Products: "Patio umbrella base weight bag, 18" square, with large opening for sand", "NEW – Patio Umbrella Base Weight Bag, 18" Round with Large Opening for Sand", and "NEW – 2 DETACHABLE UMBRELLA BASE WEIGHT BAGS, 18 inch"; Your Ref: RCH-L-801

Dear Mr. Gassner:

Please be advised that Premier Tents' U.S. Patent Application S.N. 15/273,494, has published as U.S. 2017-0101800 A1 on April 13, 2017. A copy of the published application is enclosed as Exhibit A.

As with Rhino Products' (now selling under "My Rhino Products") "Base Mate 18" Square Patio Beach Umbrella Base Weight Bag" discussed in my letters of November 23, 2016, January 4, 2017, and March 16, 2017, I urge you to review Rhino Products' "Patio umbrella base weight bag, 18" square, with large opening for sand", "NEW – Patio Umbrella Base Weight Bag, 18" Round with Large Opening for Sand", and "NEW – 2 DETACHABLE UMBRELLA BASE WEIGHT BAGS, 18 inch" in light of Premier Tents' published application. *See* Exhibits B, C, and D. Once the patent issues, your client's products are likely to infringe claims of the patent, either literally or under the doctrine of equivalents. As such, we encourage your client to immediately stop making, using, selling, offering for sale, and/or importing into the United States these products. If upon issuance of a patent your client continues to make, use, sell, offer for sale, and/or import an infringing product, Premier Tents will commence litigation. In this circumstance, Premier Tents will seek damages for each and every act of infringement beginning as of the date of the publication of the above referenced application.

Alternatively, as I advised in my previous letters, Premier Tents would consider Rhino Product's licensing Premier Tents' invention. Please do not hesitate to contact me if you wish to discuss a potential resolution of this matter.

June 1, 2017
Page 2

                                                           Sincerely,

                                                           FOSTER PEPPER PLLC

                                                           Joel B. Ard

Enclosures
cc:    Paula & Robert North, Premier Tents, Inc. (via electronic mail)

TEL: 206.447.4400 FAX: 206.447.9700 1111 THIRD AVENUE, SUITE 3400 SEATTLE, WASHINGTON 98101-3299 WWW.FOSTER.COM
SEATTLE WASHINGTON SPOKANE WASHINGTON
51610946.1