# Ex. F

# Exhibit F

All images embedded in this claim chart were taken from

https://www.wayfair.com/outdoor/pdp/rhino-basemate-detachable-base-with-hook-and-loop-fastener-enclosure-umbrella-weight-rino1007.html on March 24, 2022.

| | |
|---|---|
| A weight system for supporting a free-standing object, comprising: | The product supports a free standing object and is made to be filled with sand, for example. |
| first and second upper panels; a least one side panel; a lower panel; | The product has two panels on top, sides, and a "reinforced bottom." |
| at least one upper seam that joins the first and second upper panels to the at least one side panel such that the first and second upper panels define an upper wall, | A seam fastens the top panels to the side. |
| the first and second upper panels overlap to define an overlap region that intersects the at least one upper seam at two locations, | The top flap and main top panel are stitched into the side in at least two places |

Complaint with Jury Demand Exhibit F - 1

*Premier Tents v. Aksimo*, No. 1:22-cv-0xxxx

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

# Exhibit F

| | |
|---|---|
| | |
| the at least one side panel defines at least one side wall, | The product's side panel makes the side wall. |
| and the first and second upper panels define a fill opening in the upper wall; | The two top panels make an opening on top. |
| at least one lower seam that joins the lower panel to the at least one side panel to form a lower wall; | The product has a "reinforced bottom" that is stitched into the side. |
| and a closure system comprising a first closure panel and a second closure panel, where the first and second closure panels are secured to the first | The hook and loop closure system is fastened, one part to each top panel. |

COMPLAINT WITH JURY DEMAND EXHIBIT F - 2

*PREMIER TENTS V. AKSIMO*, NO. 1:22-cv-0xxxx

ARD LAW GROUP PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

# Exhibit F

| | |
|---|---|
| and second upper panels, respectively, within the overlap region; | |
| wherein the first and second upper panels, the at least one side panel, the lower panel, the at least one upper seam, and the at least one lower seam form a container defining an interior chamber; | All together, this makes a chamber. Here, filled with sand. |
| the closure system is arranged to allow the container to be configured in a closed configuration in which access to the interior chamber through the fill opening is substantially prevented, | This shows it closed. |
| and an open configuration in which access to the interior chamber through the fill opening is allowed; | This shows it open. |
| when the container is in the closed configuration, the first closure panel engages the second closure panel to detachably attach the first and second | Here the hook-and-loop is engaged. |

COMPLAINT WITH JURY DEMAND EXHIBIT F - 3

*PREMIER TENTS V. AKSIMO*, NO. 1:22-CV-0XXXX

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

# Exhibit F

| | |
|---|---|
| upper panels within the overlap region; |  |
| and when the container is in the open configuration, at least a portion of the first closure panel is detachably attached from at least a portion of the second closure panel such that the fill opening is defined between the first and second upper panels within the overlap region. | Here it is detached.<br> |

Complaint with Jury Demand Exhibit F - 4

*Premier Tents v. Aksimo*, No. 1:22-cv-0xxxx

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243