# Ex. I

# Exhibit I

All images embedded in this claim chart were taken from https://www.amazon.com/Rhino-Umbrella-Weights-Opening-Cantilever/dp/B07N2ZFWJD on March 24, 2022.

| | |
|---|---|
| 1. A weight system for containing fill material for supporting a free-standing object, comprising: | The product supports a free standing object and is made to be filled with sand, for example.   |
| a weight container comprising an upper wall, a lower wall, and an outer side wall and defining an interior chamber adapted to contain the fill material, and a fill opening defined at least in part by the upper wall through which the fill material can be introduced into the interior chamber, | The images show the upper wall and outer side wall, the lower wall is the bottom. The inset shows that together they define a chamber that contains, e.g., sand. The upper wall defines at least part of the opening, and as shown in the inset and image above, sand can be scooped in.  |
| wherein the upper wall comprises at least one upper wall panel made of flexible fabric, the outer side wall comprises at least one outer side wall panel made of flexible fabric; | The images and ad copy show that the product is made of flexible fabric. |

COMPLAINT WITH JURY DEMAND EXHIBIT I - 1

*PREMIER TENTS V. AKSIMO*, NO. 1:22-cv-0xxxx

ARD LAW GROUP PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

# Exhibit I

|  |  |
|---|---|
| a closure system comprising first and second closure portions, where the first closure portion is configured to be engaged with the second closure portion to arrange the closure system in a closed configuration, the first closure portion is configured to be at least partly disengaged from the second closure portion to arrange the closure system in an open configuration, and the closure system is arranged relative to the fill opening such that arrangement of the closure system in the closed configuration substantially prevents fill material from passing through the fill opening, and arrangement of the closure system in the open configuration allows fill material to pass through the fill opening; | These images shows the product has all these elements: it can be opened and closed, filled when open, and retains the material when closed. The closure system for this product is a zipper.<br><br><br> |
| a first upper seam configured to join at least a portion of the at least one upper wall panel to at least a portion of the at least one outer side wall panel; | The product is "triple stitched" and the upper wall is at least partly connected to the side wall.<br><br> |

Complaint with Jury Demand Exhibit I - 2

Premier Tents v. Aksimo, No. 1:22-cv-0xxxx

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

# Exhibit I

| | |
|---|---|
| at least one lateral stitch arranged to secure the first closure portion relative to the at least one upper wall panel and along at least a portion of one side of at least a portion of the fill opening, where at least a portion of the at least one lateral stitch coincides with the first upper seam; a first end stitch arranged at a first end of the closure system to define a first end of the fill opening; and a second end stitch arranged at a second end of the closure system to define a second end of the fill opening. | These elements are found in the product as shown in the images below.<br><br>  |

Complaint with Jury Demand Exhibit I - 3

*Premier Tents v. Aksimo*, No. 1:22-cv-0xxxx

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243