IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

PREMIER TENTS, INC.,

       *Plaintiff,*

    v.

AKSIMO DIST. INC., an Israeli Corporation,

       *Defendant.*

No. 2:22-cv-541

PREMIER TENTS, INC.'S CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1 and Western District of Washington Local Rule 7.1, Plaintiff Premier Tents, Inc. states that it has no parent corporation, and no publicly-traded company owns 10% or more of Premier Tents, Inc.

April 22, 2022.

ARD LAW GROUP PLLC

By: _____

Joel B. Ard, WSBA # 40104
ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243
Joel@Ard.law
ATTORNEYS FOR PREMIER TENTS

PREMIER TENTS, INC.'S CORPORATE DISCLOSURE

*PREMIER TENTS v. AKSIMO*, NO. 2:22-cv-541

ARD LAW GROUP PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243